IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C&L INTERNATIONAL TRADING INC. and KAM NG,<br><br>Plaintiffs,<br><br>v.<br><br>CHUNG KEE (USA) INTERNATIONAL INC., YAT CHAU (USA) INC., TUNG REN TANG, RON FENG TRADING INC., FARGO TRADING, INC., YONG LONG SUPERMARKET INC., and PO WING HONG FOOD MARKET INC.<br><br>Defendants. | Civ: 13-CIV-2638 (LLS)<br><br>**FRCP 7.1 DISCLOSURE** |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for CHUNG KEE (USA) INTERNATIONAL INC., YAT CHAU (USA) INC., TUNG REN TANG, RON FENG TRADING INC., YONG LONG SUPERMARKET INC., and PO WING HONG FOOD MARKET INC., certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held: none. No publicly held company owns 10% or more of said defendants.

CHUNG KEE (USA) INTERNATIONAL INC., YAT CHAU (USA) INC., TUNG REN TANG, RON FENG TRADING INC., YONG LONG SUPERMARKET INC., and PO WING HONG FOOD MARKET INC. acknowledge that that they are obligated to promptly file a supplemental statement upon any change in the information that this statement requires.

1

Dated:  Buffalo, New York
       May 16, 2013

KLOSS, STENGER & LOTEMPIO

By: _____
    Philip Abramowitz, Esq.
*Attorneys for Plaintiff,*
*American Tibetan Health Institute, Inc.*
69 Delaware Avenue, Suite 1003
Buffalo, New York 14202
Telephone: (716) 853-1111
Email: office@klosslaw.com

David W. Kloss, Esq.
KLOSS, STENGER & LOTEMPIO
69 Delaware Avenue, Suite 1003
Buffalo, New York 14202
Telephone: (716) 853-1111
Email: dwkloss@klosslaw.com

Of Counsel to:

Otto O. Lee
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

*Attorneys for Defendants*

CHUNG KEE (USA) INTERNATIONAL INC., YAT CHAU (USA) INC., TUNG REN TANG; RON FENG TRADING INC., YONG LONG SUPERMARKET INC., and PO WING HONG FOOD MARKET INC.