Bonnie L. Mohr
Law Offices of Bonnie L. Mohr, PLLC
380 Lexington Avenue, 17th Fl.
New York, New York 10168
Tel: 212 551 1061
Fax: 866-397-9167
bonnie@mohresq.com

Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x
C&L INTERNATIONAL TRADING, INC.,                :
KAM NG and K&C INTERNATIOAL TRADING INC.        :   Civ. 13-CV-2638 (LLS)
                                                :   ECF CASE
                        Plaintiffs,             :
                                                :   NOTICE OF
            -against-                           :   APPEARANCE
                                                :
AMERICAN TIBETAN HEALTH INSTITUTE, INC.,        :
CHUNG KEE (USA) INTERNATIONAL INC.,             :
YAT CHUA (USA) INC., TUNG REN TANG,             :
RON FENG TRADING, INC., FARGO TRADING INC.,     :
YONG LONG SUPERMARKET INC. and                  :
PO WING HONG FOOD MARKET INC.                   :
                                                :
                        Defendants.             :
-------------------------------------------------------------------------- x

To the Clerk of this court and all parties of record:

   Please enter my appearance as of counsel to the firm of Kloss Stenger & LoTempio, attorneys for Defendants AMERICAN TIBETAN HEALTH INSTITUTE, INC., CHUNG KEE (USA) INTERNATIONAL INC., YAT CHUA (USA) INC., TUNG REN TANG, RON FENG TRADING, INC., YONG LONG SUPERMARKET INC. and PO WING HONG FOOD MARKET INC.

   I certify that I am admitted to practice in this court.

Dated: New York, New York
       November 5, 2013

                                     Law Offices of Bonnie L. Mohr, PLLC

                                     By: _____/s/ Mohr_____
                                         Bonnie L. Mohr

Philip Abramowitz, Esq.
KLOSS, STENGER & LOTEMPIO
69 Delaware Avenue, Suite 1003
Buffalo, New York 14202
716.853.1111
philabramowit@aol.com

David W. Kloss, Esq
KLOSS, STENGER & LOTEMPIO
69 Delaware Avenue, Suite 1003
Buffalo, New York 14202
716.853.1111
dwkloss@klosslaw.com

Otto O. Lee, Esq.
For American Tibetan Health Institute, Inc.
Intellectual Property Law Group, LLP
12 South First Street, 12th Floor
San Jose, California 95113
408.286.8933
(local counsel)

Attorney for Defendants
AMERICAN TIBETAN HEALTH
INSTITUTE, INC., CHUNG KEE (USA)
INTERNATIONAL INC., YAT CHUA
(USA) INC., TUNG REN TANG, RON
FENG TRADING, INC., YONG LONG
SUPERMARKET INC. and PO WING
HONG FOOD MARKET INC.