**ORIGINAL**

# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/14

---

C&L INTERNATIONAL TRADING INC., *et al.*,

                Plaintiffs,

- against -

AMERICAN TIBETAN HEALTH INSTITUTE, INC., *et al.*,

                Defendants.

---

AMERICAN TIBETAN HEALTH INSTITUTE, INC.,

                Plaintiff,

- against -

KAM NG, *et al.*,

                Defendants.

---

13 Civ. 2638 (LLS)
13 Civ. 2763 (LLS)

*[Handwritten endorsement:]* For the reasons stated upon the record on July 11, 2014, after hearing the parties and "amicus", this motion is denied. Its substantive claims are resolved between the parties.

So Ordered

Louis L. Stanton
7/11/14

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed Moving Declaration of Mitchell M. Wong, the proposed brief amicus curiae annexed thereto, the Declaration of Mitchell M. Wong, and the Declaration of Kam Ng, Mitchell M. Wong shall move this Court, before the Honorable Louis L. Stanton, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York at a date and time to be determined by the Court, for leave to file the proposed

1

Memorandum of *amicus curiae*, the Declaration of Mitchell M. Wong, and the Declaration of Kam Ng.

Dated: July 10, 2014
New York, New York

Respectfully,

Mitchell M. Wong
The Exeter Law Group LLP
Forty Wall Street, Floor 28
New York, New York 10005
Tel.: (212) 671-1068
Fax: (212) 202-4756
mwong@exeterlawgroup.com

*Proposed Amicus Curiae*