# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

| To |
| --- |
| C & L International Trading Inc.<br>6213 20AVE<br>Brooklyn, NY11204 |

Invoice: NY20120016

11/17/2012

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 100 | Tibetan baicao tea 天天健 西藏百草茶 | *$60.00* | $6000.00 |
| | | | |
| | | Total: | $6000.00 |

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY20120015

10/23/2012

| To |
| C & L International Trading Inc. |
| 6213 20AVE |
| Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
|----------|-------------|------------|-------|
| 100 | Tibetan baicao tea  天天健  西藏百草茶 | *$60.00* | $6000.00 |
| | | | |
| | | Total:   $6000.00 | |

*PAID* 10/23/2

Paid ole

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY20120014

10/05/2012

| To |
| --- |
| C & L International Trading Inc.<br>6213 20AVE<br>Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 100 | Tibetan baicao tea 天天健 西藏百草茶 | *$60.00* | $6000.00 |
| | | | |
| | | Total: | $6000.00 |

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY20120013

9/11/2012

| To |
| --- |
| C & L International Trading Inc. |
| 6213 20AVE |
| Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 200 | Tibetan baicao tea  天天健  西藏百草茶 | *$60.00* | $12000.00 |
| | | Total: | $12000.00 |

C&L 000004

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY20120012

8/03/2012

| To |
|---|
| C & L International Trading Inc. |
| |
| 84 Hester ST |
| New York, NY10002 |

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 100 | Tibetan baicao tea 天天健 西藏百草茶 | *$60.00* | $6000.00 |
| | | | |
| | | Total: | $6000.00 |

8/3/12

paid ok

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY20120011

6/30/2012

| To |
| --- |
| C & L International Trading Inc. |
| |
| 84 Hester ST |
| New York, NY10002 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 200 | Tibetan baicao tea  天天健  西藏百草茶 | *$60.00* | $12000.00 |
| | | | |
| | | Total:  $12000.00 | |

7/2/12
PAID

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY20120010

6/21/2012

| To |
| --- |
| C & L International Trading Inc. |
| |
| 84 Hester ST |
| New York, NY10002 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 200 | Tibetan baicao tea 天天健 西藏百草茶 | *$60.00* | $12000.00 |
| | | Total: | $12000.00 |

PAID 6-21-12

C&L 000007

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2012009

6/10/2012

| To |
| --- |
| C & L International Trading Inc. |
| |
| 84 Hester ST |
| New York, NY10002 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 200 | Tibetan baicao tea  天天健  西藏百草茶 | *$60.00* | $12000.00 |
| | | | |
| | | Total:  $12000.00 | |

C&L 000008

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2012008

5/28/2012

| To |
| C & L International Trading Inc. |
| |
| 84 Hester ST |
| New York, NY10002 |

| Quantity | Description | Unit Price | Total |
|----------|-------------|------------|-------|
| 300 | Tibetan baicao tea  天天健  西藏百草茶 | *$60.00* | $18000.00 |
| | | Total:  $18000.00 | |

C&L 000009

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2012007

5/16/2012

| To |
| --- |
| C & L International Trading Inc. |
| |
| 84 Hester ST |
| New York, NY10002 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 200 | Tibetan baicao tea 天天健 西藏百草茶 | *$60.00* | $12000.00 |
| | | Total: | $12000.00 |

5/16/12

PAID

Paid ok

C&L 000010

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2012006

5/08/2012

| To |
| --- |
| C & L International Trading Inc. |
| |
| 84 Hester ST |
| New York, NY10002 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 350 | Tibetan baicao tea 天天健 西藏百草茶 | $60.00 | $21000.00 |
| | | Total: | $21000.00 |

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2012005

4/29/2012

| To |
|---|
| C & L International Trading Inc. |
| |
| 84 Hester ST |
| New York, NY10002 |

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 250 | Tibetan baicao tea  天天健  西藏百草茶 | *$60.00* | $15000.00 |
| | | | |
| | | Total:  | $15000.00 |

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2012004

4/23/2012

| To |
| --- |
| C & L International Trading Inc. |
| |
| 84 Hester ST |
| New York, NY10002 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 300 | Tibetan baicao tea  天天健  西藏百草茶 | *$60.00* | $18000.00 |
| | | | |
| | | Total:  $18000.00 | |

C&L 000013

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2012003

4/11/2012

| To |
| --- |
| C & L International Trading Inc. |
| |
| 84 Hester ST |
| New York, NY10002 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 380 | Tibetan baicao tea  天天健  西藏百草茶 | *$60.00* | $22800.00 |
| | | | |
| | | Total:  $22800.00 | |

C&L 000014

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2012002

3/26/2012

| To |
| --- |
| C & L International Trading Inc. |
| |
| 84 Hester ST |
| New York, NY10002 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 100 | Tibetan baicao tea  天天健  西藏百草茶 | *$60.00* | $6000.00 |
| | | | |
| | | Total:  $6000.00 | |

C&L 000015

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY 10002

Invoice: NY2012001

3/1/2012

| To |
| --- |
| C & L International Trading Inc. |
| |
| 84 Hester ST |
| New York, NY10002 |

| Quantity | Description | Balance | Total Pay |
| --- | --- | --- | --- |
| 100 | Tibetan baicao tea　　天天健 西藏百草茶 | *$60.00* | $6000.00 |
| | | | |
| | | Total: | $6000.00 |

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY20130017

12/06/2013

| To |
| --- |
| C & L International Trading Inc.<br>6213 20AVE<br>Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 100 | Tibetan baicao tea  天天健  西藏百草茶 | *$60.00* | $6000.00 |
| | | | |
| | | Total: | $6000.00 |

*12/6/13*

*PAID*

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY20130016

11/01/2013

| To |
| --- |
| C & L International Trading Inc.<br>6213 20AVE<br>Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 100 | Tibetan baicao tea 天天健 西藏百草茶 | *$60.00* | $6000.00 |
| | | | |
| | | Total: $6000.00 | |

C&L 000018

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY20130015

9/18/2013

| To |
| --- |
| C & L International Trading Inc. |
| 6213 20AVE |
| Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
|----------|-------------|------------|-------|
| 200 | Tibetan Herbal tea  天天健  特效西藏百草茶 | *$60.00* | $12000.00 |
| | | | |
| | | Total: | $12000.00 |

Paid 9/21/13

C&L 000019

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

| To |
| --- |
| C & L International Trading Inc. |
| 6213 20AVE |
| Brooklyn, NY11204 |

Invoice: NY20130014

9/01/2013

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 100 | Tibetan baicao tea  天天健  西藏百草茶 | *$60.00* | $6000.00 |
| | | | |
| | | Total:  | $6000.00 |

9-3-13

PAID

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY20130013

8/03/2013

| To |
| --- |
| C & L International Trading Inc.<br>6213 20AVE<br>Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 100 | Tibetan Herbal tea 天天健 特效西藏百草茶 | *$60.00* | $6000.00 |
| 100 | Tibetan baicao tea 天天健 西藏百草茶 | *$60.00* | $6000.00 |
| | | | |
| | | Total: | $12000.00 |

C&L 000021

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY20130012

6/21/2013

| To |
| --- |
| C & L International Trading Inc. |
| 6213 20AVE |
| Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 200 | Tibetan Herbal tea  天天健  特效西藏百草茶 | *$60.00* | $12000.00 |
| 100 | Tibetan baicao tea  天天健  西藏百草茶 | *$60.00* | $6000.00 |
| | | | |
| | | Total:  $18000.00 | |

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY20130010

6/12/2013

| To |
| --- |
| C & L International Trading Inc. |
| 6213 20AVE |
| Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 200 | Tibetan Herbal tea  天天健  特效西藏百草茶 | *$60.00* | $12000.00 |
| | | | |
| | | Total:  $12000.00 | |

C&L 000023

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY20130010

6/06/2013

| To |
| --- |
| C & L International Trading Inc. |
| 6213 20AVE |
| Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 280 | Tibetan Herbal tea  天天健  西藏百草茶 | *$60.00* | $16800.00 |
| | | | |
| | | Total:  $16800.00 |

PAID

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2013009

5/26/2013

| To |
|---|
| C & L International Trading Inc. |
| 6213 20AVE |
| Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 100 | Tibetan Herbal tea  天天健 特效西藏百草茶 | *$60.00* | $6000.00 |
| | | | |

PAID

Total: $6000.00

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2013008

5/18/2013

| To |
| --- |
| C & L International Trading Inc.<br>6213 20AVE<br>Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
|----------|-------------|-----------|-------|
| 100 | Tibetan Herbal tea  天天健  西藏百草茶 | *$60.00* | $6000.00 |
| | | Total: | $6000.00 |

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2013007

5/18/2013

| To |
| --- |
| C & L International Trading Inc. |
| 6213 20AVE |
| Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
|----------|-------------|------------|-------|
| 200 | Tibetan Herbal tea  天天健  特效西藏百草茶 | *$60.00* | $12000.00 |
| | | | |
| | | Total:  $12000.00 |

5/18/13

C&L 000027

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2013006

5/02/2013

| To |
| --- |
| C & L International Trading Inc. |
| 6213 20AVE |
| Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 400 | Tibetan Herbal tea  天天健  西藏百草茶 | *$60.00* | $24000.00 |
| | | Total: | $24000.00 |

C&L 000028

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2013005

5/02/2013

| To |
| --- |
| C & L International Trading Inc. |
| 6213 20AVE |
| Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
|----------|-------------|------------|-------|
| 300 | Tibetan Herbal tea　天天健　特效西藏百草茶 | *$60.00* | $18000.00 |
| | | | |
| | | Total:  $18000.00 |

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2013004

4/23/2013

| To |
|---|
| C & L International Trading Inc. |
| 6213 20AVE |
| Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 300 | Tibetan baicao tea 天天健 西藏百草茶 | *$60.00* | $18000.00 |
| | | | |
| | | Total: $18000.00 |

4.22-13

PAID

C&L 000030

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2013003

4/3/2013

| To |
| --- |
| C & L International Trading Inc. |
| 6213 20AVE |
| Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 200 | Tibetan baicao tea  天天健  西藏百草茶 | *$60.00* | $12000.00 |
| | | Total: | $12000.00 |

4/3/13

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2013002

3/18/2013

| To |
| --- |
| C & L International Trading Inc.
6213 20AVE
Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 300 | Tibetan Herbal tea 天天健 特效西藏百草茶 | *$60.00* | $18000.00 |
| | | | |
| | | Total: | $18000.00 |

C&L 000032

# Statement

K & C International Trading Inc.
84 Hester ST
New York, NY10002

Invoice: NY2013001

2/12/2013

| To |
| --- |
| C & L International Trading Inc. |
| 6213 20AVE |
| Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 100 | Tibetan baicao tea  天天健  西藏百草茶 | *$60.00* | $6000.00 |
| | | | |
| | | Total:  $6000.00 | |

2/17/13

# Statement

Kang Li Trading Inc.
6221 20AVE
Brooklyn, NY11204

Invoice: NY2014001

2/26/2014

To
C & L International Trading Inc.

6221    20AVE
Brooklyn, NY11204

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 100 | Tibetan Herbal Tea 天天健特效西藏百草茶 | *$60.00* | $6000.00 |
| 100 | Tibetan baicao tea 天天健 西藏百草茶 | *$60.00* | $6000.00 |
| 20 | （Buy 10 get 1） Free 天天健特效西藏百草茶 | *$0.00* | $0.00 |
| | | Total: | $12000.00 |

# Statement

Kang Li Trading Inc.
6221 20AVE
Brooklyn, NY11204

Invoice: NY2014004

4/10/2014

To

C & L International Trading Inc.

6221    20AVE
Brooklyn, NY11204

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 200 | Tibetan Herbal Tea　天天健特效西藏百草茶 | *$60.00* | $12000.00 |
| 20 | （Buy 10 get 1）　Free　天天健特效西藏百草茶 | *$0.00* | $0.00 |
| | | Total: | $12000.00 |

4-13-14

PAID

# Statement

Kang Li Trading Inc.
6221 20AVE
Brooklyn, NY11204

Invoice: NY2014003

3/20/2014

| To |
| --- |
| C & L International Trading Inc. |
| |
| 6221    20AVE |
| Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 320 | Tibetan Herbal Tea    天天健特效西藏百草茶 | *$60.00* | $19200.00 |
| 32 | （Buy 10 get 1）  Free   天天健特效西藏百草茶 | *$0.00* | $0.00 |
| | 3/23/14 | | |
| | | Total: | $19200.00 |

PAID

# Statement

Kang Li Trading Inc.
6221 20AVE
Brooklyn, NY11204

Invoice: NY2014002

3/05/2014

| To |
| --- |
| C & L International Trading Inc. |
| |
| 6221    20AVE |
| Brooklyn, NY11204 |

| Quantity | Description | Unit Price | Total |
| --- | --- | --- | --- |
| 400 | Tibetan Herbal Tea    天天健特效西藏百草茶 | *$60.00* | $24000.00 |
| 40 | （Buy 10 get 1）  Free   天天健特效西藏百草茶 | *$0.00* | $0.00 |
| | | | |
| | | Total:  $24000.00 | |

PAID

C&L 000037