# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-855-049**

Effective date of registration:

April 10, 2013

## Title

**Title of Work:** Tibetan Baicao Tea packaging

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** April 8, 2009    **Nation of 1st Publication:** United States

## Author

- **Author:** Stan Lee
  **Author Created:** text, 2-D artwork

  **Citizen of:** China    **Domiciled in:** United States
  **Year Born:** 1948    **Year Died:** 2009

## Copyright claimant

**Copyright Claimant:** Shirley Lee
100 Old County Road, Suite 102A, Brisbane, CA, 94005, United States
**Transfer Statement:** By inheritance

## Rights and Permissions

**Organization Name:** American Tibetan Health Institute, Inc.
**Address:** 100 Old County Road
Suite 102A
Brisbane, CA 94005 United States

## Certification

**Name:** Bonnie Wolf
**Date:** April 8, 2013
**Applicant's Tracking Number:** 3452

ATHI 00001



### Tibetan Baicao Tea

Tibetan Baicao Tea is healthy, natural and effective alternative designed to help for detoxification, immunity enhancement and anti-allergy.

Use the Tibetan Baicao Tea when showing the symptoms of cold, acute or chronic nasopharyngitis, allergic bronchitis and muscle/joint inflammation caused by gout.

**Directions:** For adult, mix 1 bag tea with 300ml hot water, drink 2 bags per day. Children from 3 to 5 years old, take 1/3 bag.

**Warning:** Use only as directed. If you are pregnant, nursing, on medication, or have a medical condition, consult your doctor before use. Not recommended for children under 3 years old.

\*\*This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

6 926297 700284

American Tibetan Medicine Institute
4711 Mission St., S.F., CA 94121
Tel: (415) 337-6611  (415) 489-8901   Fax: (415) 468-3409
E-mail: atmi2009@gmail.com

---

ༀ་མ་ཎི་པདྨེ་ཧཱུྃ།

人體各種疾病出現，原因是肝腎解毒排毒功能衰退，免疫力下降，導致毒素沉積體內，抗體失調引發各種過敏慢性炎症。腎功能衰退導致人體水代謝失調，體液電解質平衡失調，酸鹼平衡失調，引發各種疾病，如過敏炎症、鼻炎、痛風，及各種炎症。

西藏百草茶，原是藏傳聖茶，用於預防藏人因過量肉食，引發腸胃消化不良，毒素沉積。其功效能清腸排便，協調肝腎解毒、排毒，扶正驅邪，服用能增強免疫力、抗過敏源，并能調理體液平衡，因而對各種過敏炎症、痛風有明顯輔助治療效果。

美國藏醫藥研究中心監制
MADE IN TIBETAN

ATHI 00002

### Tibetan Baicao Tea

Many types of disease happen to our body because of the decay of detoxification in liver and kidney functions, and decreased immunity, which caused deposition of toxin in the body and immunity disorder, thus chronic allergic inflammation induced. Decreased renal function causes water metabolism disorders in our body, body fluid electrolyte imbalance and acid-base balance disorders, which triggered various diseases, such as allergic inflammation, rubella, gout and a variety of inflammatory as well.

Tibetan Baicao Tea, respected as Tibetan Santa Tea, has been used by Tibetans for the prevention of gastrointestinal dyspepsia and toxin deposition as of excessive meat taken. Its effectiveness is in the thorough defecation, coordination of liver and kidney detoxification, immunity enhancement, anti-allergy and body fluid balance conditioning, therefore very obvious effectiveness has been seen in helping the cure of various allergic inflammation and gout.

American Tibetan Medicine Institute



Tibetan Baicao Tea
西藏百草茶
10 Bags / Box
10 Grams / Bag

ATHI 00003