# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-879-630**

**Effective date of registration:**

April 10, 2013

---

## Title

**Title of Work:** Tibetan Baicao Tea packaging v.3

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** October 1, 2011   **Nation of 1st Publication:** United States

## Author

- **Author:** American Tibetan Health Institute, Inc.
  **Author Created:** text, 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** American Tibetan Health Institute, Inc.
100 Old County Road, Suite 102A, Brisbane, CA, 94005, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, 2-D artwork
**New material included in claim:** text

## Rights and Permissions

**Organization Name:** American Tibetan Health Institute, Inc.
**Address:** 100 Old County Road
Suite 102A
Brisbane, CA 94005  United States

## Certification

**Name:** Bonnie Wolf
**Date:** April 8, 2013
**Applicant's Tracking Number:** 3452

Page 1 of 2

ATHI00038

Registration #: VA0001879630
Service Request #: 1-917873841

Intellectual Property Law Group LLP
Otto Lee
12 South First Street
12th Floor
San Jose, CA 95113   United States

ATHI00039



ཞང་འི་རོ་བརྒྱའི་ཨ་ད་ཪ་ཏ།
西藏百草茶

西藏百草茶，尊稱為西藏聖茶，是由從青藏高原採摘的純天然中草藥以無添加劑、無人造顏色的特殊方法製成。此茶長期被藏人用來有效的加強免疫系統和促進身體健康。

北美洲總代理
美國西藏保健中心

*Tibetan Baicao Tea*

Tibetan Baicao Tea, respected as Tibetan Santa Tea, is made by natural herbs collected from the higher regions of Tibet without any preservatives, artificial colors or additives. This tea has been used by Tibetans to effectively strengthen the immune system and promote good health.

8 57242 00300 5

North American Distribution
American Tibetan Health Institute Inc.
153 Utah Avenue, South San Francisco, CA 94080
www.baicaotea.com
baicaotea@yahoo.com
415-489-8901

ATHI00040

