

ATHI000127



ATHI000128



ATHI000129



ATHI000130



## Main Ingredients

| | |
|---|---|
| Glycyrrhiza glabra L. var glandulifera | ≥25% |
| Chrysanthemum morifolium Ramat. | ≤20% |
| Hydrangea Tea | ≤20% |
| Thamnolia Vermicularis(Ach)Asa–hina | ≥15% |
| Saussurea involucrate | ≤10% |
| Arenaria Kansuensis Maxim | ≤ 8% |
| Crocus sativus L. | ≤ 2% |

10 Bags / Box    10 Grams / Bag

Production Standard Numbers: Q/QJ 1
Production License Numbers: QS450114010023

ATHI000131



ATHI000132