ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**C&L INTERNATIONAL TRADING INC., KAM NG, and K&C INTERNATIONAL TRADING INC,**

       Plaintiffs,

- against -

**AMERICAN TIBETAN HEALTH INSTITUTE, INC., CHUNG KEE (USA) INTERNATIONAL INC., YAT CHAU (USA) INC., TUNG REN TANG, RON FENG TRADING INC., FARGO TRADING INC., YONG LONG SUPERMARKET INC., and PO WING HONG FOOD MARKET INC.,**

       Defendants.

---

**AMERICAN TIBETAN HEALTH INSTITUTE, INC.,**

       Plaintiff,

- against -

**KAM NG, C&L INTERNATIONAL TRADING, INC., KANG LI TRADING, INC., and K&C INTERNATIONAL TRADING, INC.,**

       Defendants.

---

13 Civ. 2638 (LLS)
13 Civ. 2763 (LLS)

**ORDER**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/15

  Counsel, and Kam Ng proceeding pro se, having appeared before me on October 29, 2015, it is ORDERED that

  (1) On or before January 19, 2016, American Tibetan Health Institute, Inc. ("ATHI") shall submit to Ms. Ng, Kang Li Trading, Inc. ("Kang Li"), and K&C International Trading, Inc. ("K&C"), with copies to all counsel of record, a draft pre-trial order in accordance with Rule 3(A)(1) of my individual practices

for a trial to determine the amount of ATHI's recovery from Ms. Ng, Kang Li, and K&C;

(2) A status conference will be held on January 29, 2016 at 3:00 pm to determine the deadline for submission of the joint pre-trial order and the dates of the final pre-trial conference and commencement of the trial;

(3) So long as Ms. Ng proceeds pro se, she must provide an interpreter at every conference so she can participate meaningfully in the proceedings; she may hire a certified court interpreter at her own expense by contacting the Court's Interpreters Office at (212) 805-0084.

No extension of these deadlines will be allowed except upon a showing of good cause not foreseeable at the date of this order.

Failure to comply with the terms of this order may constitute grounds for denial of requested relief, dismissal of the action or of defenses, the entry of judgment by default, or such other actions as may be just in the circumstances.

So ordered.

Dated:  New York, New York
        November 2, 2015

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.

-3-

Copies by mail to:

    Kam Ng
    6221 20th Avenue
    Brooklyn, NY 11204

    Kang Li Trading, Inc.
    6221 20th Avenue
    Brooklyn, NY 11204

    K&C International Trading, Inc.
    6221 20th Avenue
    Brooklyn, NY 11204