USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2016

AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern   District of   New York

C&L International Trading Inc., et al.

V.

American Tibetan Health Institute, Inc., et al.

Amended

## BILL OF COSTS

Case Number: 13-CV-2638

Judgment having been entered in the above entitled action on ___7/8/2016___ against ___C&L International Trading Inc.___,
                                                                                    Date

the Clerk is requested to tax the following as costs:
PLAINTIFF PAID FEE

| | | | |
|---|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Itemization pg. 3 | $ 0 | 350.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . | Itemization pg. 5 | 100.64 | 252.48 |
| APPORTIONED Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | Itemization pg. 8 | 1,090.52 | 3,884.86 |
| APPORTIONED Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . | Itemization pg. 21 | 762.84 | 2,449.75 |
| APPORTIONED Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . | Itemization pg. 37 | 1,346.21 | 3,127.18 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . . | Itemization pg. 51 | 3.00 | 414.50 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| APPORTIONED Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | Itemization pg. 56 | 1,100.00 | 12,975.00 |
| APPORTIONED Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Itemization pg. 65 | 1,033.63 | 5,147.95 |
| | | TOTAL $ | 28,601.70 |

                                                                        $ 5,436.80

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒   Electronic service by e-mail as set forth below and/or.

☐   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: Otto Lee

For: Defendants American Tibetan Health Institute, Inc., et al.                    Date: 8/9/2016
                    Name of Claiming Party

Costs are taxed in the amount of $ 5,436.80                              and included in the judgment.

Ruby J. Krajick                    By: _____          10/13/2016
Clerk of Court                          Deputy Clerk                    Date

AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Daniel Liu, San Francisco, CA | | 1,597. ✚ | | | | | $1,597.34 |
| Brian Marcus, Esq., San Francisco, CA | | 1,529. ✚ | | | | | $1,529.84 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $3,127.18 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs."

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| C&L INTERNATIONAL TRADING INC., K&C INTERNATIONAL TRADING INC., and KAM NG, | Case No.: 13-CV-2638  (LLS) |
| Plaintiffs, | **CORRECTED DEFENDANTS' NOTICE OF TAXATION OF COSTS** |
| v. | *(Bill of Costs, and Declaration of Otto O. Lee with Itemization of Costs filed concurrently herewith)* |
| AMERICAN TIBETAN HEALTH INSTITUTE, INC., CHUNG KEE (USA) INTERNATIONAL INC., YAT CHAU (USA) INC., TUNG REN TANG, RON FENG TRADING INC., FARGO TRADING INC., YONG LONG SUPERMARKET INC., and PO WING HONG FOOD MARKET INC., | |
| Defendants. | |

TO ALL COUNSEL OF RECORD, PLEASE TAKE NOTICE that pursuant to Local

Civil Rule 54.1(a) and the July 8, 2016 Order entering "judgment herein in favor of defendants

American Tibetan Health Institute, Inc. et al. and against plaintiffs C&L International Trading

Inc., Kam Ng, and K&C International Trading Inc., dismissing the complaint and amended

complaint (Dkt. Nos. 1, 17), with costs and disbursements in favor of defendants according to

law…" (Docket 173), the Bill of Costs, and upon the Declaration of Otto Lee including

Itemization of Costs, and all other papers and proceedings herein, Defendants American Tibetan

Health Institute, Inc., Chung Kee (USA) International Inc., Yat Chau (USA) Inc., Tung Ren

Tang, Ron Feng Trading Inc., Yong Long Supermarket Inc., and Po Wing Hong Food Market

Inc., by and through their respective counsel, will and hereby do move this Court before the

Orders and Judgment Clerk, on Friday, September 12, 2016 at 9:00 a.m. in Room 200 of the

Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, or

at such other location and time as set by the Court, for entry of taxation of costs against C&L

International Trading Inc., Kam Ng, and K&C International Trading Inc.

Respectfully submitted,

Dated:  August 11, 2016

By:  */s/ Otto Lee*
    Otto O. Lee, Esq. (*pro hac vice*)
    Bonnie J. Wolf, Esq. (*pro hac vice*)
    INTELLECTUAL PROPERTY LAW GROUP LLP
    12 South First Street, 12th Floor
    San Jose, CA 95113
    Telephone: (408) 286-8933
    Facsimile: (408) 286-8932
    Email: olee@iplg.com

    David W. Kloss, Esq.
    Justin D. Kloss, Esq.
    KLOSS, STENGER & LOTEMPIO
    69 Delaware Avenue, Suite 1003
    Buffalo, NY 14202
    Telephone: (716) 853-1111
    Email: office@klosslaw.com

    *Attorneys for Defendants:* AMERICAN
    TIBETAN HEALTH INSTITUTE, INC.,
    CHUNG KEE (USA) INTERNATIONAL
    INC., YAT CHAU (USA) INC., TUNG
    REN TANG, RON FENG TRADING INC.,
    YONG LONG SUPERMARKET INC., and
    PO WING HONG FOOD MARKET INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C&L INTERNATIONAL TRADING INC., K&C INTERNATIONAL TRADING INC., and KAM NG, | Case No.: 13-CV-2638  (LLS) |
| Plaintiffs, | **DEFENDANTS' NOTICE OF TAXATION OF COSTS** |
| v. | *(Bill of Costs, and Declaration of Otto O. Lee with Itemization of Costs filed concurrently herewith)* |
| AMERICAN TIBETAN HEALTH INSTITUTE, INC., CHUNG KEE (USA) INTERNATIONAL INC., YAT CHAU (USA) INC., TUNG REN TANG, RON FENG TRADING INC., FARGO TRADING INC., YONG LONG SUPERMARKET INC., and PO WING HONG FOOD MARKET INC., | |
| Defendants. | |

TO ALL COUNSEL OF RECORD, PLEASE TAKE NOTICE that pursuant to Local

Civil Rule 54.1(a) and the July 8, 2016 Order entering "judgment herein in favor of defendants

American Tibetan Health Institute, Inc. et al. and against plaintiffs C&L International Trading

Inc., Kam Ng, and K&C International Trading Inc., dismissing the complaint and amended

complaint (Dkt. Nos. 1, 17), with costs and disbursements in favor of defendants according to

law..." (Docket 173), the Bill of Costs, and upon the Declaration of Otto Lee including

Itemization of Costs, and all other papers and proceedings herein, Defendants American Tibetan

Health Institute, Inc., Chung Kee (USA) International Inc., Yat Chau (USA) Inc., Tung Ren

Tang, Ron Feng Trading Inc., Yong Long Supermarket Inc., and Po Wing Hong Food Market

Inc., by and through their respective counsel, will and hereby do move this Court, before the

Honorable Louis L. Stanton , on Friday, September 12, 2016 at 10:00 a.m. in Courtroom 21C of

the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York,

or at such other location and time as set by the Court, for entry of taxation of costs against C&L

International Trading Inc., Kam Ng, and K&C International Trading Inc.

Respectfully submitted,

Dated:  August 9, 2016       By:   */s/ Otto Lee*

Otto O. Lee, Esq. (*pro hac vice*)
Bonnie J. Wolf, Esq. (*pro hac vice*)
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932
Email: olee@iplg.com

David W. Kloss, Esq.
Justin D. Kloss, Esq.
KLOSS, STENGER & LOTEMPIO
69 Delaware Avenue, Suite 1003
Buffalo, NY 14202
Telephone: (716) 853-1111
Email: office@klosslaw.com

*Attorneys for Defendants:* AMERICAN
TIBETAN HEALTH INSTITUTE, INC.,
CHUNG KEE (USA) INTERNATIONAL
INC., YAT CHAU (USA) INC., TUNG
REN TANG, RON FENG TRADING INC.,
YONG LONG SUPERMARKET INC., and
PO WING HONG FOOD MARKET INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C&L INTERNATIONAL TRADING INC., K&C INTERNATIONAL TRADING INC., and KAM NG, | Case No.: 13-CV-2638  (LLS) |
| Plaintiffs, | **DECLARATION OF OTTO LEE IN SUPPORT OF A NON-MOTION: DEFENDANTS' NOTICE OF TAXATION OF COSTS** |
| v. | |
| AMERICAN TIBETAN HEALTH INSTITUTE, INC., CHUNG KEE (USA) INTERNATIONAL INC., YAT CHAU (USA) INC., TUNG REN TANG, RON FENG TRADING INC., FARGO TRADING INC., YONG LONG SUPERMARKET INC., and PO WING HONG FOOD MARKET INC., | |
| Defendants. | |

I, Otto Lee, declare as follows:

1.      I am a Partner and registered patent attorney at Intellectual Property Law Group

LLP ("IPLG"), counsel for Defendants American Tibetan Health Institute, Inc., Chung Kee

(USA) International Inc., Yat Chau (USA) Inc., Tung Ren Tang, Ron Feng Trading Inc., Yong

Long Supermarket Inc., and Po Wing Hong Food Market Inc. (collectively "ATHI" or

"Defendants") in this action. I have personal knowledge of the facts stated herein and found

within the attached documents, and if called to testify, could and would competently testify

thereto.  I provide this declaration in support of Defendants' Notice of Taxation of Costs and Bill

of Costs.

2.      From the time that Defendants engaged IPLG to represent it in this matter in

2013, I have been the senior managing attorney for IPLG working on this case on a day-to-day

basis, responsible for overseeing this litigation and coordinating with our co-counsel at Kloss, Stenger and LoTempio. I have worked extensively on this case and have first-hand knowledge of the efforts undertaken to carry the case through completion. I am a member in good standing with the State Bar of California for the past two decades since graduating from University of California Hastings College of the Law. I have over 20 years of intellectual property litigation experience, and am admitted *pro hac vice* in this Court.

3.      I regularly review the billing records for this matter before our firm sends any bills to the client, and I have reviewed the billing records with respect to this matter. As the managing attorney for this matter, I supervised the billing and cost entries of all IPLG attorneys and staff in this matter. In the ordinary course of business, attorneys and paralegals at IPLG prepare and enter their costs incurred into time recording software called TimeSlips, through which attorney time can be captured and billed down to the tenth of an hour (six minutes). As a matter of firm policy and regular practice, these individuals enter the costs at or near the time that the cost is incurred. The cost entries of attorney and staff are kept and maintained in the ordinary course of business within our time entry software.

4.      Each of the costs listed is allowable by law and Local Civil Rule 54.1(a), is correctly stated, and was necessarily incurred.

5.      I have reviewed the costs listed in Bill of Cost, submitted herewith, and verify amounts billed are accurately reflected in the Itemization of Costs filed herewith. IPLG and our co-counsel have expended at least $28,601.70 in costs from the initiation of the 13-cv-2638 case until its dismissal in October 2015.

6.      I have considered the most reasonable manner in which to apportion the total amount of costs due to consolidation of the 13-cv-2638 and 13-cv-2763 cases. I considered my

own recollections of the efforts expended, and reviewed the invoices for this matter.

7.      ATHI has expended at least $28,601.70 of taxable costs from the initiation of

these two actions until dismissal of the 13-cv-2638 case in October 2015. Given that the cases

were inextricably connected, I believe that a fifty percent (50%) apportionment of ATHI's

taxable costs for each of these matters is appropriate, each equaling $14,300.85.

8.      Counsel for ATHI shall request the other fifty percent (50%) apportionment of

ATHI's taxable costs for the 13-cv-2763 case, and its further costs in that action, in a separate

motion filed in the 13-cv-2763 case.


I swear under penalty of perjury under the laws of the United States that the foregoing is

true and correct.


Dated:  August 9, 2016

_/s/ Otto Lee_____
Otto O. Lee, Esq.
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932
Email: olee@iplg.com

*Attorneys for Defendants:* AMERICAN
TIBETAN HEALTH INSTITUTE, INC.,
CHUNG KEE (USA) INTERNATIONAL
INC., YAT CHAU (USA) INC., TUNG
REN TANG, RON FENG TRADING INC.,
YONG LONG SUPERMARKET INC., and
PO WING HONG FOOD MARKET INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C&L INTERNATIONAL TRADING INC., *et al.*,

                    Plaintiffs,

- against –

AMERICAN TIBETAN HEALTH
INSTITUTE, INC., *et al.*,

                    Defendants.

13 Civ. 2638 (LLS)

## PLAINTIFFS' OBJECTIONS TO PROPOSED BILL OF COSTS

Plaintiffs respectfully submit these objections to ATHI's proposed bill of costs. Plaintiffs direct these objections solely to the ministerial computation of the bill of costs by the Clerk under the Federal Rules of Civil Procedure and the Local Rules of this Court. Plaintiffs expressly reserve all other objections—including objections directed to the allocation of any taxed costs among the parties, as well as objections to the propriety of the imposition of costs—for consideration by the Court following the Clerk's taxation.

1.    **Filing Fee (Page 3)**

ATHI seeks recovery of a filing fee for the summons and complaint. However, ATHI was a <u>defendant</u> in 13-CV-2638. As a defendant, ATHI did not need to pay a filing fee to be sued. This cost therefore should be disallowed.

*[handwritten: PLAINTIFF PAID FILING FEE]*

2.    **Process Server Fees (Page 5)**

ATHI seeks recovery of process-server fees, as well as witness fees.

*[handwritten: ALLOWABLE UNDER RULES]*

Process server fees are not recoverable under Local Rule 54.1(c)(7): "Attorney fees and disbursements and <u>other related fees and paralegal expenses</u> are not taxable except by order of the Court." [Emphasis added.] There has been no order of the Court permitting recovery of process-server fees. Thus, the process server fees are not recoverable.

*[handwritten: NOT WITNESS FEE]*

Nor was there any payment or proof of payment (<u>e.g.</u>, cancelled check) showing that the witness fee was actually paid to the witness.  Thus, upon the deficient showing made by ATHI, the witness fees are not recoverable.

In sum, none of the costs sought in this section should be allowed.

3.      **Court Transcripts (Page 8)**

ATHI seeks the costs for transcripts of various proceedings before the Court.  Local Rule Local Rule 54.1(c)(1) permits the recovery of costs for "transcript[s] of Court proceedings prior to or subsequent to trial . . . <u>only when authorized in advance or ordered by the Court</u>." [Emphasis added.] The Court has neither "authorized in advance [n]or ordered" such costs to be taxed.

*Court Trial Transcripts Allowable under Rules*

In sum, none of the costs sought in this section should be allowed.

4.      **Copy Costs (Page 21)**

ATHI seeks the costs for printing various documents.  Local Rule 54.1(c)(5) does not permit recovery of costs for copies: "A copy of an exhibit is taxable if the original was not available and the copy was used or received in evidence. <u>The cost of copies used for the convenience of counsel or the Court are not taxable</u>." [Emphasis added.]  Additionally, ATHI does not indicate that the "original was not available" or which (if any) of these copies were "received in evidence."

*Partially Allowable under Rules*

In sum, none of the costs sought in this section should be allowed.

5.      **Witness Reimbursements (Page 37)**

ATHI seeks costs for the putative travel expenses of two witnesses. Certain elements of these costs should not be allowed.

A.      ATHI seeks costs for flying witness Daniel Liu between Phoenix, Arizona and the New York metropolitan area. However, according to Mr. Liu's own testimony, Mr. Liu was a local resident of New York.  <u>See</u> Mar. 24, 2015 Trial Transcript at 168:8-12 ("I was a real estate agent in New York, and also a paralegal.").  ATHI offers no explanation for why costs should be taxed to enable Mr. Liu to travel

*Allowable under Rules*

to and from a place where he is not a resident, and this
cost should be disallowed.

B.    ATHI also seeks the purported costs for Mr. Liu's hotel
from March 24-25, 2015. As indicated above, Mr. Liu had
testified that he was working in New York at the time
and therefore would not have been entitled to hotel costs.
See Mar. 24, 2015 Trial Transcript at 168:8-12 ("I was a
real estate agent in New York, and also a paralegal.").

*[handwritten margin note: ALLOWABLE IN RESPONSE TO OBJECTIONS. DOC #310 13 and 276 3 STATES THAT MR. LIU WAS NOT LIVING IN N.Y. AT THE TIME THEREFORE ALLOWABLE]*

Separate from the question of his residency, Mr. Liu
would not be entitled to two nights of hotel charges. Mr.
Liu's testimony was specifically scheduled to be
completed by March 24 for his convenience. See March
24, 2014 Trial Transcript at 149:2-6 (ATHI's counsel
explaining "[W]e have a witness [Mr. Liu] who is here
today to testify that can only testify today.").

*[handwritten margin note: REASONABLE THAT MR. LIU ARRIVED ON 3/24 AM FOR HIM TO STAY OVER TILL NEXT DAY 1 DAY HOTEL ALLOWABLE]*

Even if Mr. Liu were not a New York resident, there is no
reason why Mr. Liu needed to stay in New York City
after his testimony, much less an entire extra day if he
knew that he "can only testify today [on March 24]."
Indeed, given the arrangements made for his benefit, Mr.
Liu easily could have flown into New York City, testified,
and left on the same day.

At a minimum, the hotel costs for March 25 should be
denied because Mr. Liu had already completed testimony
the day before. Additionally, in view of Mr. Liu's ability
to have completed his testimony on March 24, he could
have departed, and his hotel costs for March 24 should be
disallowed as well.

C.    ATHI seeks costs for flying witness Brian Marcus via
"Business" Class to New York (see Page 46). Costs for
Business Class seats are not recoverable as costs: "Such a
witness shall utilize a common carrier at the most
economical rate reasonably available." 28 U.S.C.
1821(c)(1). The costs of the business-class fare should
therefore be disallowed.

*[handwritten margin note: ALLOWABLE SEEMS MR. MARCUS PAID FEE TO UPGRADE TO BUSINESS CLASS SEE AIRLINE RECEIPT ALLOWABLE]*

D.    ATHI seeks three days and two hotel nights of hotel costs
for witness Brian Marcus. Mr. Marcus testified on March

*[handwritten margin note: MR. MARCUS, IS ONLY SEEKING 2 DAYS HOTEL WITH 2 NIGHTS REASONABLE NIGHTS BEFORE AND FOLLOWING NIGHT LEAVE DAY AFTER]*

25.  His testimony was short: the direct and cross examinations underlined combined took up only 15 double-spaced pages in the transcript.  (See Mar. 25, 2014 Trial Transcript at 205-20.)  In view of the brevity of Mr. Marcus's testimony, there was no reason why he needed lodging for three days and two nights in New York City. Mr. Marcus's hotel costs should be disallowed.

*Reasonable that he to arrive night before and leave day after*

E.     ATHI also seeks $112 for three days of parking fees for Mr. Marcus.  As indicated above, Mr. Marcus testified for only a few minutes on March 25, 2014.  There was no justification for the costs of three days of parking.  The costs of two days' parking should be disallowed.

*Allowable*

In sum, subject to the Clerk's discretion, a maximum of $37.33 for the parking costs sought in this section should be allowed.

## 6.     Translation (Page 51)

A.     ATHI seeks the costs of obtaining underlined two copies of a New York State trademark.  Local Rule 54.1(c)(5) authorizes costs for only one such copy: "**A** copy of an exhibit is taxable if the original was not available and the copy was used or received in evidence."  [Emphasis added.]  "The cost of copies used for the convenience of counsel or the Court are not taxable."  Id.  Thus, the only the first copy for $6.00 should be disallowed.

*$6.00 Allowable*

B.     ATHI also seeks translation costs for newspaper ads.  The costs of translation are not recoverable: "'[C]ompensation of interpreters' in [28 U.S.C.] §1920(6) does not include costs for document translation."  Taniguchi v. Kan Pacific Saipan, Ltd., 132 S. Ct. 1997, 2011 (2012).  The translation costs should therefore be disallowed.

*Not allowable*

In sum, subject to the Clerk's discretion, a maximum of $6.00 of the costs sought in this section should be allowed for the first copy of the New York State trademark.

## 7.     Interpreters' Fees (Page 56)

ATHI seeks costs for interpreter's fees for various proceedings.  These costs should be denied.

A.   Local Rule 54.1(c)(4) provides that "The reasonable fee of a competent interpreter is taxable <u>if the fee of the witness involved is taxable.</u>" [Emphasis added.] Here, the fee of the witness was <u>not</u> taxable for two reasons.

First, the cost of an interpreter is not recoverable for a <u>party</u> because the witness fee for a party is never taxable: "No party to the action may receive witness fees . . . ." Local Rule 54.1(c)(3)(sent.2).

Ms. Lee was the corporate plaintiff's representative, and as the natural person representing the plaintiff corporation, her corporation would not be entitled to recover her witness fees under Local Rule 54.1(c)(3). Consequently, because Local Rule 54.1(c)(4) provides that the cost of an interpreter cannot be taxed if "the fee of the witness involved is not taxable," and because Local Rule 54.1(c)(4) disallows witness fees for parties, the costs of the interpreters should be denied.

B.   Independent of the reasons above, the costs sought by ATHI are also untaxable for piecemeal reasons.

1.   ATHI seeks $2,325.00 for "Court Interpretation" on March <u>22</u>, 2014. However, the 2014 trial didn't start until two days later—on March <u>24</u>, 2014. <u>See</u> March 24, 2014 Trial Transcript. ATHI's request for $2,325.00 in "Court Interpretation" on March 22 therefore should be denied.

2.   ATHI seeks a total sum of $4,800.00 for interpreters' fees on March 27, 2014. There were, however, no proceedings requiring interpretation on March 27. <u>See</u> March 27, 2014 Trial Transcript at 302-34. Ms. Lee's testimony had already been concluded before the lunch break the day before, on March 26. <u>See</u> March 26, 2014 Trial Transcript at 204:20. Moreover, all witnesses had completed examination the day before as well. <u>See</u> March 26, 2014 Transcript at 283:13. Because Local Rule 54.1(c)(4) provides that "[t]he reasonable fee of a competent interpreter is taxable <u>if the fee of the</u>

Page 5 of 8.

witness involved is taxable" [emphasis added], but there were no witnesses on March 27, 2014, the interpreters' fees for March 27, 2014, should be disallowed.[1]

3. ATHI seeks $100.00 for "English translation re: documents" incurred on August 25, 2014. Expenses for translations are not recoverable as costs. Taniguchi v. Kan Pacific Saipan, Ltd., 132 S. Ct. 1997, 2011 (2012).

*AGREE W/ OBJECTION*

4. ATHI seeks $2,700.00 for a June 17, 2015 "Court Interpretation." This appears to be a fee for the 2015 second trial. However, ATHI was not the prevailing party at the 2015 second trial, and ATHI is not entitled to recover any costs arising out of that trial. See June 18, 2015 Transcript at 366:8-10 (verdict read as "C&L did not know that its sales of Kam Ng and her companies' products infringed ATHI's rights").

*AGREE W/ OBJECTIONS*

5. ATHI seeks $850.00 for a June 25, 2015 "Cantonese Interpretation." However, there was no trial nor any proceedings involving witnesses on June 25, 2015. To the extent that these were translation costs, such expenses are not recoverable as costs. Taniguchi v. Kan Pacific Saipan, Ltd., 132 S. Ct. 1997, 2011 (2012).

*AGREE WITH OBJECTIONS*

In sum, none of the costs sought in this section should be allowed.

8. **Other Costs (Page 65)**

A. ATHI seeks $622.50 in costs associated with the March 18, 2014 deposition of Shirley Lee. Local Rule 54.1(c)(2) permits recovery of the costs for deposition transcripts if the transcript "was used or received in evidence at the trial." ATHI never proposed Ms. Lee's deposition transcripts at trial, and ATHI's submissions do not aver

*PARTIALLY DISALLOW UNDER RULES*

---

[1] Even if there had been testimony on March 27, the fee would not have been "reasonable." Even assuming that the proceedings went for an entire 8-hour day (which they did not), the fee for $4,800.00 would have resulted in a rate of $600.00 per hour.

that ATHI had done so.  Accordingly, the costs for the March 18, 2014 deposition of Shirley Lee should be denied.[2]

B.   ATHI seeks $144.00 in costs for a "rough ASCI transcript" associated with the March 18 deposition of Shirley Lee. Local Rule 54.1(c)(2) permits recovery of the costs for deposition transcripts if the transcript "was used or received in evidence at the trial." ATHI never proposed Ms. Lee's Rough ASCI transcript at trial, and ATHI's submissions do not aver that ATHI had done so. Accordingly, the costs for "rough ASCI transcript" of the March 18, 2014 deposition of Shirley Lee should be denied.

C.   ATHI seeks $1,636.50 in costs associated with the March 22, 2014 Transcript for Kam Ng. Local Rule 54.1(c)(2) permits recovery of the costs for deposition transcripts if the transcript "was used or received in evidence at the trial." ATHI never proposed Ms Ng's deposition transcript at trial, and ATHI's submissions do not aver that ATHI had ever done so. Accordingly, the costs for the March 22, 2014 deposition of Kam Ng should be denied.[3]

D.   ATHI seeks $1,394.95 costs associated with the November 20, 2014 deposition of Sammy Chow. Local Rule 54.1(c)(2) permits recovery of the costs for deposition transcripts if the transcript "was used or received in evidence at the trial." ATHI never proposed Ms. Chow's deposition transcripts at trial, and ATHI's submissions do not aver that ATHI had ever done so. Accordingly, the costs for the November 20, 2014 deposition of Sammy Chow should be denied.[4]

---

[2]   Even if the costs were taxable, the $622.50 sum sought is unsupported and inconsistent with the sum indicated on the receipt (Page 66), which shows the purchase of four "DVD/MPEG-1" copies in addition to the regular transcript copy.  ATHI never proposed Ms. Lee's "DVD/MPEG-1" deposition transcripts at trial.

[3]   Even if the costs were taxable, the $1,636.50 sum sought includes items which are not taxable as the cost of a transcript, as shown in the invoice. See Page 68.  Among the impermissible costs sought by ATHI are "Videographer Setup" Fees, "Videographer Hourly" Fees, "Video Files," and "Rush Premium" Services.

[4]   Even if the costs were taxable, the $1,394.95 sum sought includes items which are not taxable as the cost of a transcript.  Among the impermissible costs are "Exhibit Fees," "Interpreter's Fees," "Draft Transcript (ASCII)" and "Processing Surcharge[s]."

E.  ATHI seeks $1350.00 in interpreters' costs associated with the November 20, 2014, deposition of Mr. Sammy Chow.  Ms. Chow was the representative for the defendant corporation C&L International Trading Inc. in this litigation.

Local Rule 54.1(c)(4) allows for interpreters' fees only "if the fee of the witness involved is taxable." As stated above, Mr. Chow's deposition transcript cannot be taxed because ATHI had not used Mr. Chow's deposition transcript at trial.  This, because the underlying "fee of the witness involved [was not] taxable," the accompanying interpreters' fee cannot be taxed either.

Moreover, under Local Rule 54.1(c)(3)(sent.2), a party may never receive witness fees: "No party to the action may receive witness fees . . . ."  Because Ms. Chow was merely the president and representative of C&L (a party), ATHI cannot recover witness fees, and therefore cannot recover interpreters' fees.

In sum, none of the costs sought in this section should be allowed.

Dated:  August 25, 2016
New York, New York

Respectfully,

Mitchell M. Wong
The Exeter Law Group LLP
Forty Wall Street, Floor 28
New York, New York 10005
Tel.:   (212) 671-1068
mwong@exeterlawgroup.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C&L INTERNATIONAL TRADING INC., K&C INTERNATIONAL TRADING INC., and KAM NG,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN TIBETAN HEALTH INSTITUTE, INC., CHUNG KEE (USA) INTERNATIONAL INC., YAT CHAU (USA) INC., TUNG REN TANG, RON FENG TRADING INC., FARGO TRADING INC., YONG LONG SUPERMARKET INC., and PO WING HONG FOOD MARKET INC.,<br><br>    Defendants. | Case No.: 13-CV-2638  (LLS)<br><br>**DEFENDANTS' ITEMIZATION OF COSTS** |

The costs of the related actions 13 Civ. 02638 and 13 Civ. 2638 are inextricably intertwined, as the actions have been tried together and "these two cases [were] consolidated for all purposes" (*see* Docket No 15, Case No. 13 Civ. 2638) until the Court's recent July 8, 2016 Order. For this reason, Defendants submit the costs incurred with both actions for the relevant time period, and request the Court to apply a reasonable apportionment. Defendants request an apportionment of half (50%) of the $28,601.70 in costs itemized on the Bill of Costs filed herewith, equaling $14,300.85.

Respectfully submitted,

Dated: August 9, 2016

By: *    /s/ Otto Lee    *
Otto O. Lee, Esq. (admitted *pro hac vice*)
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 286-8933

Facsimile: (408) 286-8932
Email: olee@iplg.com

*Attorneys for Defendants:* AMERICAN
TIBETAN HEALTH INSTITUTE, INC.,
CHUNG KEE (USA) INTERNATIONAL
INC., YAT CHAU (USA) INC., TUNG
REN TANG, RON FENG TRADING INC.,
YONG LONG SUPERMARKET INC., and
PO WING HONG FOOD MARKET INC.

## Fees to Clerk

| Date | Description | Cost |
|------|-------------|------|
| 4/24/2013 | Filing Fee for Summons and Complaint | $350.00 |

**Total cost of fees to clerk**      **$350.00**

DAVID W. KLOSS, ATTORNEY-AT-LAW
IOLA ACCOUNT
69 DELAWARE AVE. SUITE 1003
BUFFALO, NY 14202

5147

10-4-220

DATE *April 24, 2013*

PAY TO THE ORDER OF *United States District Court Clerk*   $ *350.00*

*Three hundred and fifty dollars and 00/100* DOLLARS

M&T Bank
Manufacturers and Traders Trust Company
Transit M&Dia Office

FOR *American Tibetan Health Filing of Action*

⑈005147⑈ ⑆02 2000046⑈   984406 9378⑈

$0
PLAINTIFF
PAID FILING
COSTS.

## Fees for Service

| Date | Description | Cost |
|------|-------------|------|
| | | |
| | One Legal Online Court Services ($199.99 - Priority Process Serving. $51.20 - Witness Fees, $1.33 convenience Fee) for: Plaintiff: American Tibetan Health Institute, Inc.  Defendant: Ng, et al. Documents: Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action.  Court Branch: United States District Court, Southern District of New York.  Serve Information: Kam "Kelly" Ng. 6221 | |
| 5/26/2015 | 20th Avenue. Brooklyn NY 11204 | $252.48 |

**Total cost for fees for service**     **$252.48**

$51.20 NOT ALLOWABLE

199.95 ALLOWABLE
1.33
_____
201.28
÷ 2
_____
100.64



# ONE LEGAL®
ONLINE COURT SERVICES
504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

# Paid Invoice Receipt

| Date | 5/26/2015 |
|---|---|
| Acct. No. | 0063592 |
| Cash Sale # | 00242124 |
| Due Date | |

Intellectual Property Law Group LLP
Otto Lee
12 South First Street
12th Floor
San Jose CA 95113

| | |
|---|---|
| Sales Order: | 1776382 |
| Firm Contact: | Bonnie J. Wolf |
| Filer Name: | Otto Lee |
| Billing Code: | ATHI.LT1 |
| Plaintiff: | American Tibetan Health Institute, Inc. |
| Defendant: | Ng, et al. |
| Documents: | Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action |
| Court Branch: | United States District Court, Southern District of New York |
| Target: | |

**Served:**

**Serve Info:**
Kam "Kelly" Ng
6221 20th Avenue
Brooklyn NY 11204

| Item | Amount |
|---|---|
| **Priority Process Serving** | 199.95 |
| **Witness Fees** | 51.20 |
| **Convenience Fee** | 1.33 |

**Total**      $252.48

$ 100.64

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.9% convenience fee to process credit card payments
these disbursements. The convenience fee is waived if you elect the
ACH payment service.    No.: 13-CV-2638 (LLS)

6

Balance Due    $

## Chi Dien Mai

| | |
|---|---|
| **From:** | Kate Koch [kkoch@iplg.com] |
| **Sent:** | Thursday, May 28, 2015 9:27 AM |
| **To:** | Chi Mai |
| **Cc:** | 'Bonnie Wolf' |
| **Subject:** | FW: Transaction Notification for order #1776382 : Customer 0063592 |
| **Attachments:** | Credit Card Sale_00242124.pdf |

**From:** One Legal Accounting Dept. [mailto:accounting@onelegal.com]
**Sent:** Thursday, May 28, 2015 3:53 AM
**To:** olee@iplg.com
**Subject:** Transaction Notification for order #1776382 : Customer 0063592

Dear Intellectual Property Law Group LLP:

This email is to inform you that we have charged the item(s) below to your credit card on file:

Sales Order Number(s)/Amount(s):

1776382    252.48

Cash Sale # 00242124

Credit Card: ***********8199

If you have any questions or concerns, please contact One Legal Accounting Support at 1-800-938-8815 or by email at accounting@onelegal.com .

Thank you for choosing One Legal.

**Defendants' Itemization of Costs**          7
**Case No.: 13-CV-2638 (LLS)**

# INVOICE



**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0352771-IN |
| INVOICE DATE | 03/24/2014 |
| | |
| CUSTOMER NO. | 1024563 |

Kloss, Stenger & Lotempio
69 Delaware Ave
Suite 1003
Buffalo, NY  14202-

| | |
|---|---|
| WORK ORDER NO. | 143434 |
| SALESPERSON | Siwik, Christine |

Attention: David Kloss

| Job Date | AMERICAN TIBETAN V KAM NG, ET AL. CASE NO. 13CV02763 | | | | | |
|---|---|---|---|---|---|---|
| 3/21/2014 | Original | 59 | PGES | At | 7.000 | 413.00 |
| 3/21/2014 | Diskette | 59 | PGES | At | 0.500 | 29.50 |
| 3/21/2014 | Real Time Unedited Trans | 59 | PGES | At | 3.050 | 179.95 |



PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 622.45 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **622.45** |

## Fees for Court Transcripts

| Date | Description | Cost | |
|------|-------------|------|---|
| 3/27/2014 | Southern District Reporting P.C. (Transcripts) | $758.95 | NOT FOR TRIAL 3/21/2014 |
| 3/31/2014 | Southern District Court Reporters - Fee for Order Certified Trial Transcript ($82.80 - 3/24, $141.60 - 3/25, $134.40 - 3/26, $40.80 - 3/27) | $399.60 | ✓ FOR TRIAL |
| 7/26/2014 | Southern District Reporters - Fee for Transcript of hearing before J. Stanton on July 22, 2014. | $221.40 | PRE MOTION CONFERENCE |
| 8/5/2014 | Southern District Reporters - Fee Transcript of hearing before J. Stanton on 8/5/2014. | $272.34 | Hearing |
| 10/27/2014 | Southern District Reporters Fee for Transcript of Conference hearing before Judge Stanton on 10/24/2014. | $124.80 | Conference Hearing |
| 2/26/2015 | Southern District Reporters fee for Transcript from 2/20/2015 Conference before Judge Stanton. | $219.78 | Conference |
| 6/9/2015 | Southern District Reporters P.C. - Fees for Transcript of pre-trial conference transcript. $106.50 - Job Date 6/5/2015. $293.76 - Job Date 6/15/2015. $624.75 - Job Date 6/16/2015. $481.95 - Job Date 6/17/2015. $380.97 - Job Date 6/18/2015. | $1,887.99 | 106.50 Conference  $1,781.43 TRIAL TRANS. |

Total costs for court transcripts    $3,884.86

399.60
1781.43

$2181.03
÷ 2
$1,090.57

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0352770-IN |
| INVOICE DATE | 03/24/2014 |
| | |
| CUSTOMER NO. | 1024563 |
| WORK ORDER NO. | 143410 |
| SALESPERSON | Siwik, Christine |

Kloss.Stenger & Lotempio
69 Delaware Ave
Suite 1003
Buffalo,  NY   14202-

Attention: David Kloss

| Job Date | C&L INTERNATIONAL TRADING V CHUNG KEE |
|---|---|
| | CASE NO.  13CV02638 |

| 3/21/2014 | Original | 26 | PGES | At | 5.250 | 136.50 |
|---|---|---|---|---|---|---|

*NOT for TRIAL*

| | |
|---|---|
| Net Invoice: | 136.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 136.50 |

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

T.S.

# INVOICE

## SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0356869-IN |
| INVOICE DATE | 04/04/2014 |
| | |
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 143851 |
| SALESPERSON | Adrian Sharper |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA  95113

Attention: Bonnie Jean Wolf

| Job Date | C&L INTERNATIONAL TRADING V CHUNG KEE | | | | | |
|---|---|---|---|---|---|---|
| | CASE NO.  13CV02638 | | | | | |
| 3/24/2014 | Copy | 69 | PGES | At | 1.200 | 82.80 |
| 3/25/2014 | Copy | 118 | PGES | At | 1.200 | 141.60 |
| 3/26/2014 | Copy | 112 | PGES | At | 1.200 | 134.40 |
| 3/27/2014 | Copy | 34 | PGES | At | 1.200 | 40.80 |





$399.40
FOR TRIAL

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 399.60 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 399.60 |

**Defendants' Itemization of Costs**    **11**
**Case No.: 13-CV-2638 (LLS)**



# INVOICE

IN # 18852

## SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A:
(212) 805-0300

| INVOICE NO. | 0380967-IN |
| INVOICE DATE | 07/30/2014 |

| CUSTOMER NO. | 1024595 |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA   95113

| WORK ORDER NO. | 147270 |
| SALESPERSON | Siwik, Christine |

Attention: Bonnie Wolf

---

| Job Date | C&L INTERNATIONAL TRADING V CHUNG KEE |
| | CASE NO. 13CV02638 |

| 7/22/2014 | Original | 41 | PGES | At | 5.400 | 221.40 |

JPG - BW

```
5590107
SOUTHERN DISTRICT REPO
500 PEARL ST RM 330
NEW YORK, NY 10007
(212)805-0323

Term ID: 001          Ref #: 015

        Sale

XXXXXXXXXXXX6718
MASTERCARD          Entry Method: Manual

07/30/14                  17:19:46
Inv #: 000015        Appr Code: 08264J
Apprvd: Online          Batch#: 000250
AVS Code: Z
V-Code: N

Total:              $   221.40

        Customer Copy
        THANK YOU!
```

PAID
For services
Conforever

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| Net Invoice: | 221.40 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 221.40 |

**Defendants' Itemization of Costs**    **12**
Case No.: 13-CV-2638 (LLS)

# INVOICE

$ATHi, LT$ !

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0388934-IN |
| INVOICE DATE | 08/18/2014 |
| | |
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 147866 |
| SALESPERSON | Siwik, Christine |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA 95113

Attention: Bonnie Wolf

---

| Job Date | C&L INTERNATIONAL TRADING V CHUNG KEE | | | | | |
|---|---|---|---|---|---|---|
| | CASE NO. 13CV02638 | | | | | |
| 8/5/2014 | Original | 51 | PGES | At | 5.340 | 272.34 |

Hourly
Aug 2014
T.S.

$ O
for Hearing

Ref #: 002

SOUTHERN DISTRICT REPO
500 PEARL St
NEW YORK, NY 10007
(212)805-0533

Term ID: 001

Sale

Entry Method: Manual

10:55:06

Appr Code: 03389J
Batch#: 000263

272.34

$

Customer Copy
THANK YOU!

XXXXXXXXXXX6718
MASTERCARD

08/18/14
Inv #: 000002
Approval: Online
AVS Code: Z
V-Code: M

Total:

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 272.34 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 272.34 |

**Defendants' Itemization of Costs**     **13**
Case No.: 13-CV-2638 (LLS)

INVOICE

## SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

AtH( ı LT| (T. S,/

| | |
|---|---|
| INVOICE NO. | 0403593-IN |
| INVOICE DATE | 11/12/2014 |
| | |
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 150086 |
| SALESPERSON | Siwik, Christine |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA  95113

Attention: Amanda Wiseman

| Job Date | | | | | |
|---|---|---|---|---|---|
| | AMERICAN TIBETAN V KAM NG, ET AL. | | | | |
| | CASE NO.  13CV02763 | | | | |
| 10/24/2014 | Original | 40 | PGES    At | 3.120 | 124.80 |

$0
For
Confidential

5630187
SOUTHERN DISTRICT REPO
500 PEARL ST RM 330
NEW YORK, NY 10007
(212)805-0323

Ref #: 001

Sale

Term ID: 001

XXXXXXXXXX0159
MASTERCARD

11/12/14
Inv #: 000001
Apprv'd: Online
AVS Code: Z
V-Code: M

Entry Method: Manual

11:56:25
Appr Code: 002571J
Batch#: 000322

124.80
$

Total:

Customer Copy
THANK YOU!

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 124.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 124.80 |

**Defendants' Itemization of Costs        14**
**Case No.: 13-CV-2638 (LLS)**

## SOUTHERN DISTRICT REPORTERS PC
Tax ID No. 13-2775946

INVOICE NO.:  0412914-IN
INVOICE DATE:  02/26/15

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.:  1024595
WORK ORDER NO.:  153657

SALESPERSON:  CSIW

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA 95113
Attention:Amanda Wiseman

*PAYMENT IS DUE UPON RECEIPT*

JOB DATE     AMERICAN TIBETAN V KAM NG, ET AL.

CASE NO.     13CV02763

| | | | | | |
|---|---|---|---|---|---|
| Original | | 5.00 | Pages at | $6.66 | 33.30 |
| Original | | 28.00 | Pages at | $6.66 | 186.48 |



| | |
|---|---|
| Net Invoice: | 219.78 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 219.78 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
CARDS**

Defendants' Itemization of Costs         15
Case No.: 13-CV-2638 (LLS)

| | 106.56 |
| --- | --- |
| | 293.76 |
| | 624.75 |
| | 481.95 |
| | 380.97 |
| | **$1,887.99** |

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
| --- | --- |
| INVOICE NO. | 0445056-IN |
| INVOICE DATE | 06/09/2015 |
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 157073 |
| SALESPERSON | Siwik, Christine |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose,  CA   95113

Attention: Amanda Wiseman

| Job Date | AMERICAN TIBETAN V KAM NG, ET AL. | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | CASE NO.  13CV02763 | | | | | |
| 6/5/2015 | Original | 16 | PGES | At | 6.660 | 106.56 |



$80
Conforones

| | |
| --- | --- |
| Net Invoice: | 106.56 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 106.56 |

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

ATHI. 2 T/

| | |
|---|---|
| INVOICE NO. | 0445551-IN |
| INVOICE DATE | 06/23/2015 |
| | |
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 157444 |
| SALESPERSON | Siwik, Christine |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA   95113

Attention: Bonnie J Wolf

---

| Job Date | AMERICAN TIBETAN V KAM NG, ET AL. | | | | | | |
|---|---|---|---|---|---|---|---|
| | CASE NO.  13CV02763 | | | | | | |
| 6/15/2015 | Original | 64 | PGES | At | 4.590 | | 293.76 |





CK. NO.
DATE

| | |
|---|---|
| Net Invoice: | 293.76 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 293.76 |

**Defendants' Itemization of Costs**   **17**
**Case No.: 13-CV-2638 (LLS)**

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

ATH, L.T.

| | |
|---|---|
| INVOICE NO. | 0445549-IN |
| INVOICE DATE | 06/23/2015 |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA 95113

| | |
|---|---|
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 157445 |
| SALESPERSON | Siwik, Christine |

Attention: Bonnie J Wolf

---

| Job Date | AMERICAN TIBETAN V KAM NG, ET AL. CASE NO. 13CV02763 | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/16/2015 | Original | 119 | PGES | At | 5.250 | 624.75 |

Entered on (T.S.)

```
5598107
SOUTHERN DISTRICT REPO
500 PEARL ST RM 930
NEW YORK. NY 10007
(212)805-0323

Term ID: 081              Ref #: 002

        Sale

XXXXXXXXXXXX7448
MASTERCARD      Entry Method: Manual

06/24/15              09:50:42
Inv #: 600092    Appr Code: 04479J
Apprvd: Online    Batch#: 000471
AVS Code: Z
V-Code: M

Total:        $   1,781.43

     Customer Copy
      THANK YOU!
```

$624.75
ALLOWABLE

PAID

CK. NO.
DATE

---

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 624.75 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 624.75 |

**Defendants' Itemization of Costs**    **18**
**Case No.: 13-CV-2638 (LLS)**

# INVOICE

ADJ. LTI

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0445547-IN |
| INVOICE DATE | 06/23/2015 |
| CUSTOMER NO. | 1024595 |
| WORK ORDER NO. | 157446 |
| SALESPERSON | Siwik, Christine |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA 95113

Attention: Bonnie J Wolf

---

Job Date      AMERICAN TIBETAN V KAM NG, ET AL.
              CASE NO. 13CV02763

6/17/2015          Original      105   PGES   At   4.590      481.95



$481.95 Allowable

PAID
CK. NO._____
DATE_____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 481.95 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 481.95 |

**Defendants' Itemization of Costs**      **19**
**Case No.: 13-CV-2638 (LLS)**

# INVOICE

ATHI. L-TI

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0445545-IN |
| INVOICE DATE | 06/23/2015 |
| | |
| CUSTOMER NO. | 1024595 |

Intellectual Property Law Grou
12 South First Street
Suite 1205
San Jose, CA 95113

| | |
|---|---|
| WORK ORDER NO. | 157447 |
| SALESPERSON | Siwik, Christine |

Attention: Bonnie J Wolf

| Job Date | AMERICAN TIBETAN V KAM NG, ET AL.
CASE NO. 13CV02763 | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/18/2015 | Original | 83 | PGES | At | 4.590 | 380.97 |

380.97
ALLOWABLE

PAID

CK. NO._____
DATE_____

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 380.97 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 380.97 |

**Defendants' Itemization of Costs**          **20**
**Case No.: 13-CV-2638 (LLS)**

## Fees for Printing

| Date | Description | Cost |
|------|-------------|------|
| 4/24/2013 | Gallagher Printing - printing copies of the Summons and Complaint | ~~$94.83~~ |
| 5/1/2013 | Gallagher Printing - exhibits for court appearance | $70.70 |
| 3/14/2014 | Copying, Supplies, Exhibit printing for trial | ~~$854.68~~ |
| 6/12/2015 | Gallagher Printing – Xerox copies of Trial Exhibits. | $212.99 |
| 6/15/2015 | Printing and Supplies for trial | ~~$236.64~~ |
| 6/15/2015 | Printing and Supplies, and Demonstratives for trial | ~~$979.89~~ |

**Total costs for printing fees** ~~$2,449.73~~

*[handwritten annotations:]*

$0 CONVEINANCE OF COUNSEL

$70.70 ALLOWABLE

−204.69 = $649.99

212.99 ALLOWABLE

220.02 ALLOWABLE

371.38 ALLOWABLE

1525.08 1525.08

÷ 2

762.54



RECEIPT

# GALLAGHER PRINTING, INC.

9195 MAIN STREET, CLARENCE, NEW YORK 14031   (716) 632-0808   FAX (716) 632-8586

Quick Copy and Commercial Printing

TO: LoTempio

Ashley – 853-1111

DATE: 5-1-13

JOB #

| QUANTITY | DESCRIPTION | PRICE | |
|---|---|---|---|
| 652 | Copies - Collated + Stapled   *PAID IN FULL GALLAGHER PRINTING* | 65 | 00 |

| | | | |
|---|---|---|---|
| ☐ CASH | | SUBTOTAL | 65 | 00 |
| ☑ CHECK NO. 5142 | | TAX | 5 | 70 |
| DATE PAID | | TOTAL | 70 | 70 |
| RECEIVED BY | | DEPOSIT | | |
| | | BALANCE DUE | | |

$70.70
ALLOWABLE



200.36
123.09
92.52
200.01
5.43
204.69
28.58
$854.68

**FedEx Office.**

gust 31, 2013

**FedEx Office.**

Date

** RE-PRINT on March 20, 2014 **

March 20, 2014 23:36                     Page: 1
Receipt #: 0219229863
MasterCard #: XXXXXXXXXXX6718
Reference : «PO not entered»
2014/03/20 22:49

| Qty | Description | Amount |
|---|---|---|
| 12 | PC Basic Station Time/Minute | 3.60 |
| 92 | Computer B&W Prints Letter/Legal | 45.08 |
| 92 | Computer B&W Prints Letter/Legal | 45.08 |
| 92 | Computer B&W Prints Letter/Legal | 45.08 |
| 2 | Computer B&W Prints Letter/Legal | 0.98 |
| 3 | Computer Color Prints Letter/Legal | 2.97 |
| 13 | Computer B&W Prints Letter/Legal | 6.37 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 2 | Computer Color Prints Letter/Legal | 1.98 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 50 | Computer B&W Prints Letter/Legal | 24.50 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |

| | SubTotal | 184.03 |
| | Taxes | 16.33 |
| | Total | 200.36 |

⑦

Earn rewards with FedEx Office
Earn points for your eligible FedEx Office purchases
when you sign up for My FedEx Rewards. Go to
fedex.com/rewards to sign up today.

The Cardholder agrees to pay the issuer of the charge
card in accordance with the agreement between the
issuer and the Cardholder.

ALLOWABLE

$323.45

FedEx Office Print & Ship Centers

1122 Lexington Ave
New York, NY 10021
212-628-5500
www.FedExOffice.com

Tell us how we're doing and receive
$5 off your next $25 print order
fedex.com/wellsten
Offer Code:_____ 0

March 20, 2014 23:36                     Page: 1
Receipt #: 0219229864
MasterCard #: XXXXXXXXXXX6718
Reference : 000
2014/03/20 23:02

| Qty | Description | Amount |
|---|---|---|
| 27 | PC Basic Station Time/Minute | 8.10 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 2 | Computer B&W Prints Letter/Legal | 0.98 |
| 2 | Computer B&W Prints Letter/Legal | 0.98 |
| 2 | Computer B&W Prints Letter/Legal | 0.98 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 7 | Computer Color Prints Letter/Legal | 6.93 |
| 3 | Computer Color Prints Letter/Legal | 2.97 |
| 7 | Computer Color Prints Letter/Legal | 6.93 |
| 3 | Computer Color Prints Letter/Legal | 2.97 |
| 9 | Computer Color Prints Letter/Legal | 8.91 |
| 23 | Computer Color Prints Letter/Legal | 22.77 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer Color Prints Letter/Legal | 0.99 |
| 5 | Computer Color Prints Letter/Legal | 4.95 |
| 6 | Computer Color Prints Letter/Legal | 5.94 |
| 10 | Computer Color Prints Letter/Legal | 9.90 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 2 | Computer B&W Prints Letter/Legal | 0.98 |
| 9 | Computer B&W Prints Letter/Legal | 4.41 |
| 4 | Computer B&W Prints Letter/Legal | 1.96 |
| 2 | Computer B&W Prints Letter/Legal | 0.98 |
| 2 | Computer Color Prints Letter/Legal | 1.98 |
| 3 | Computer B&W Prints Letter/Legal | 1.47 |
| 3 | Computer B&W Prints Letter/Legal | 1.47 |
| 9 | Computer B&W Prints Letter/Legal | 4.41 |
| 9 | Computer B&W Prints Letter/Legal | 4.41 |
| 1 | PC Basic Station Time/Minute | 0.30 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |

| | SubTotal | 113.06 |
| | Taxes | 10.03 |
| | Total | 123.09 |

March 20, 2014 23:36                     Page: 2
Receipt #: 0219229864
MasterCard #: XXXXXXXXXXX6718
Reference : 000
2014/03/20 23:02

FedEx Office Print & Ship Centers

1122 Lexington Ave
New York, NY 10021
212-628-5500

⑧







| | | |
|---|---|---|
| March 21, 2014 00:24 | | Page: 1 |

Receipt #: 0219229870
MasterCard #: XXXXXXXXXXXX6718
Reference = 8THI
2014/03/21 00:03

| Qty | Description | Amount |
|---|---|---|
| 86 | ES Color S/S LTR | 53.32 |
| 100 | ES B&W S/S White 8.5 x11 | 12.00 |
| 23 | ES Color S/S LTR | 14.26 |
| 45 | ES B&W S/S White 8.5 x11 | 5.40 |

|  | SubTotal | 84.92 |
|---|---|---|
|  | Taxes | 7.54 |
|  | Total | 92.52 |

Earn rewards with FedEx Office
Earn points for your eligible FedEx Office purchases
when you sign up for My FedEx Rewards. Go to
fedex.com/rewards to sign up today.

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

1122 Lexington Ave
New York,NY 10021
212-628-5500
www.FedExOffice.com

Tell us how we're doing and receive
$5 off your next $25 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 6/30/14

Please Recycle T:

** RE-PRINT on March 21, 2014 **

| | | |
|---|---|---|
| March 21, 2014 00:24 | | Page: 1 |

Receipt #: 0219229867
MasterCard #: XXXXXXXXXXXX6718
Reference = <PO not entered>
2014/03/20 23:37

| Qty | Description | Amount |
|---|---|---|
| 72 | ES B&W S/S White 8.5 x11 | 8.64 |
| 317 | ES B&W S/S White 8.5 x11 | 38.04 |
| 221 | ES Color S/S LTR | 137.02 |

|  | SubTotal | 183.70 |
|---|---|---|
|  | Taxes | 16.31 |
|  | Total | 200.01 |

Earn rewards with FedEx Office
Earn points for your eligible FedEx Office purchases
when you sign up for My FedEx Rewards. Go to
fedex.com/rewards to sign up today.

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

1122 Lexington Ave
New York,NY 10021
212-628-5500
www.FedExOffice.com

Tell us how we're doing and receive
$5 off your next $25 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 6/30/14

Please Recycle This Receipt

** RE-PRINT on Marc

*ALLOWABLE*
*$292.53*

**FedEx Office** ✳

FedEx Office is your destination
for printing and shipping.

1122 Lexington Ave
New York, NY 10075
Tel: (212) 828-5500

3/21/2014                12:21:42 AM EST
Team Member: Dean T.

SALE

BTCReam 24/60#GrnLtr     1 @    4.9900 T
007975 Reg. Price   4.99

Regular Total     4.99
Discounts         0.00

Total             4.99


Sub-Total                      4.99
Tax                            0.44
Deposit                        0.00

Total                          5.43

MasterCard (S)                 5.43
   Account:  8718
   Auth: 07127Z (A)

   Total Tender              (5.43)
   Change Due                 0.00


Total Discounts     0.00

*02190059094*

**FedEx Office** ✳

FedEx Office
105 Duane St
New York, NY 10007-3601
(212) 406-1220
Order Date: 03/23/2014      Branch: 0231
Order Time: 12:21:53        Register: 03
Pickup Date: 03/24/2014
Pickup Time: 07:00
Team Member: Howard M.

PICK UP ORDER

023101HQN1  *For WHAT*
            *No Description*
            *Not allowable*

Customer: Bonnie Wolf


Total Order                  204.69
Total Paid Online            204.69

Sub-Total                      0.00
Balance Due                    0.00

*Allowable*            PICK UP ORDER

                       023101HQN1

*$5.43*                Thank you for visiting

FedEx Office
It, Print It, Pack It, Ship It.
fedex.com/office

Customer Copy

81.40
- 52.82
Total $   28.58



**FedEx Office.**

**FedEx Office.** ✳

March 23, 2014 20:36      Page: 1
Receipt #: 0231/43012
MasterCard #: XXXXXXXXXXXX6718
Reference: ATHI
2014/03/23 20.00

| Qty | Description | Amount |
|---|---|---|
| 7 | PC Basic Station Time/Minute | 2.10 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 3 | Computer B&W Prints Letter/Legal | 1.47 |
| 3 | Computer B&W Prints Letter/Legal | 1.47 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 5 | Computer Color Prints Letter/Legal | 4.95 |
| 6 | PC Design Station Time/Minute | 2.70 |
| 18 | ... White 8.5 x11 | 2.16 |
| | | 26.04 |
| | | 2.52 |
| | | 30.38 |

Subtotal     74.77
Taxes       6.63
Total       81.40

Earn points with FedEx Office
Earn points for your eligible FedEx Office purchases
when you sign up for My FedEx Rewards. Go to
fedex.com/rewards to sign up today.

The Cardholder agrees to pay the issuer of the charge
card in accordance with the agreement between the
issuer and the Cardholder.

FedEx Office Print & Ship Centers

105 Duane St
New York, NY 10007
212-406-1220
www.FedExOffice.com

Tell us how we're doing and receive
$5 off your next $25 print order
fedex.com/welisten or 1-800-398-0242
Offer Code: _____ Offer expires 6/30/14

FedEx Office is your destination
for printing and shipping.

105 Duane St
New York, NY 10007-3601
Tel: (212) 406-1220

3/23/2014        8:47:03 PM EST
Team Member: Howard M.
Customer: bonnie wolf

REFUND

Comp CLR 8.5x11    -49 @    0.9900 T
002469 Reg. Price   0.99
EP-Spoilage

Sub-Total       (48.51)
Tax            (4.31)
Deposit        0.00

Total         (52.82)

MasterCard (S)     (52.82)
   Account: 6718
   Auth: SysAuthCode (A)

Total Tender      (52.82)
Change Due       0.00



81.40
- 52.82 Credit
$ 28.58

**Defendants' Itemization of Costs**
**Case No. 13-CV-2638 (LLS)**

28



# GALLAGHER
# PRINTING, INC.

9195 Main Street, Clarence, NY 14031
(716) 632•0808   (716) 632•8586 fax
EMAIL: INFO@GALLAGHERPRINTING.COM
VISIT OUR WEBSITE: WWW.GALLAGHERPRINTING.COM

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/12/2015 | 506132 |

PAID
06/12/2015

**Bill To**

KLOSS, STENGER & LoTEMPIO
9545 MAIN STREET
CLARENCE, NY 14031

| | P.O. Number | Terms | Rep |
|---|---|---|---|
| | | Due on receipt | C |

| Quantity | Description | Amount |
|----------|-------------|--------|
| 8 | XEROX COPIES X 119 PAGES | 185.86T |
| | HOLE PUNCHING | 10.00T |
| | | |
| | ORDER PLACED BY JUSTIN | |
| | Sales Tax | 17.13 |

ALLOWABLE

$212.99

| | **Total** | $212.99 |
|---|---|---|



16.02
52.34
70.20
98.08
$236.64

*q 220.62*
*ALLOWABLE*



**STAPLES**

217 Broadway
NEW YORK, NY 10007
(212) 346-9624
NYC DCA EL#1230213 NYC DCA EHASD#1241339
SALE                    1638412 2 002 32841
                    0193 06/14/15 05:51

QTY SKU                         PRICE

        *****Promotion*****
1  BINDER CLIP 8PK LA
   718103156745              4.49
1  BINDER CLIP 8PK LA
   718103156745              2.24
   * Reg. Price 4.49
   * Item Discount <-2.25>
   Total Promotion Discount <-2.25>
*******************************
1  BINDER CLIP 8PK LA
   718103156745              4.49
1  BIC RND STIC GRP B
   070330139039              3.49     *supplies*
SUBTOTAL                    14.71     *not*
   Standard Tax 8.875%       1.31     *allowed*
TOTAL                      $16.02

MasterCard                  16.02
Card No.: XXXXXXXXXXXX8199 [S]
Auth No.: 03279J

                            *$16.02*

        TOTAL         4

June 14, 2015 19:26                    Page: 1
Receipt #: 0231810448
MasterCard #: XXXXXXXXXXXX8199
Reference : <PO not entered>
2015/06/14 19:16

| Qty | Description | Amount |
|-----|-------------|--------|
| 10 | PC Basic Station Time/Minute | 3.00 |
| 16 | Computer B&W Prints Letter/Legal | 7.84 |
| 32 | Computer B&W Prints Letter/Legal | 15.68 |
| 4 | Computer B&W Prints Letter/Legal | 1.96 |
| 20 | Computer B&W Prints Letter/Legal | 9.80 |
| 8 | Computer B&W Prints Letter/Legal | 3.92 |
| 12 | Computer B&W Prints Letter/Legal | 5.88 |

| | SubTotal | 48.08 |
| | Taxes | 4.26 |
| | Total | 52.34 |

The Cardholder agrees to pay the issuer of the charge
card in accordance with the agreement between the
issuer and the Cardholder.

FedEx Office Print & Ship Centers

105 Duane St
New York,NY 10007
212-406-1220
www.FedExOffice.com

Tell us how we're doing and receive
20% off your next $35 print order
fedex.com/wellsten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2015

Please Recycle This Receipt



FedEx Office™

June 15, 2015 13:48                    Page: 1
Receipt #: 0231810591
MasterCard #: XXXXXXXXXXX8199
Reference : <PO not entered>
2015/06/15 13:35

| Qty | Description | Amount |
|---|---|---|
| 498 | ES B&W S/S White 8.5 x11 | 64.48 |

| | SubTotal | 64.48 |
|---|---|---|
| | Taxes | 5.72 |
| | Total | 70.20 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

105 Duane St
New York,NY 10007
212-406-1220
www.FedExOffice.com

Tell us how we're doing and receive
20% off your next $35 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:____ Offer expires 12/31/2015

Please Recycle This Receipt

---

FedEx Office™

June 16, 2015 13:39                    Page: 1
Receipt #: 0231810032
MasterCard #: XXXXXXXXXXX8199
Reference : <PO not entered>
2015/06/16 13:26

| Qty | Description | Amount |
|---|---|---|
| 276 | PNG B&W S/S 8.5x11 & 8.5x14 | 35.88 |
| 79 | PNG B&W S/S 8.5x11 & 8.5x14 | 10.27 |
| 79 | PNG B&W S/S 8.5x11 & 8.5x14 | 10.27 |
| 79 | PNG B&W S/S 8.5x11 & 8.5x14 | 10.27 |
| 60 | PNG B&W S/S 8.5x11 & 8.5x14 | 7.80 |
| 60 | PNG B&W S/S 8.5x11 & 8.5x14 | 7.80 |
| 60 | PNG B&W S/S 8.5x11 & 8.5x14 | 7.80 |

| | SubTotal | 90.09 |
|---|---|---|
| | Taxes | 7.99 |
| | Total | 98.08 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

105 Duane St
New York,NY 10007
212-406-1220
www.FedExOffice.com

Tell us how we're doing and receive
20% off your next $35 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2015

Please Recycle This Receipt

---



**FedEx Office.**

June 14, 2015 12:19
Receipt #: 0231810414                    Page: 1
MasterCard #: XXXXXXXXXXXX4669
Reference : <PO not entered>
2015/06/14 12:17

| Qty | Description | Amount |
|-----|-------------|--------|
| 3. | PC Basic Station Time/Minute | 0.90 |
| | SubTotal | 0.90 |
| | Taxes | 0.08 |
| | Total | 0.98 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

105 Duane St
New York, NY 10007
212-406-1220
www.FedExOffice.com

Tell us how we're doing and receive
20% off your next $35 print order
fedex.com/wellsten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2015

Please Recycle This Receipt

*(handwritten:)* missing another < 8.10/.08

*(handwritten:)* $0
NOT
Allowable

*(handwritten:)* binders
for
trial

---

# Office DEPOT
# OfficeMax

OFFICE DEPOT STORE 493
8040 Main Street
Williamsville NY 14221
(716) 626-2662
06/12/2015   15.2.4        3:17 PM
STR 493  REG#   TRN   917 EMP 643475

SALE
Product ID    Description       Total
837558  RNFRCMNT,200PK           3.29 SS
208819  BDR,ODP,VW,1",
   8 @ 5.49                      43.92
          You Pay               43.92SS
408753  INDX,LGL,1-25,
   8 @ 6.99                      55.92
          You Pay               55.92SS

          Subtotal:            103.13
Sales Tax:                       9.02
          Total:              112.15
MasterCard 4669:               112.15
*******************************************
*(handwritten:)* $112.15

Shop online at www.officedepot.com

*******************************************
WE WANT TO HEAR FROM YOU!

Participate in our online customer survey
and receive a coupon for $10 off your
next qualifying purchase of $50 or more on
office supplies, furniture and more.
(Excludes Technology. Limit 1 coupon per
household/business.)

Visit www.officedepot.com/feedback
and enter the survey code below.

Survey Code:
A49X 0WTR JZ52
*******************************************



22VTYU6PUR35B6648

Now one company. Now great savings.
Office Depot, Inc., including its
subsidiary OfficeMax Incorporated

---

**FedEx Office** ✺

FedEx Office is your destination
for printing and shipping.

105 Duane St
New York, NY 10007-3601
Tel: (212) 406-1220

6/14/2015                7:56:48 PM EST
Team Member: Howard M.
Customer: amanda wiseman

SALE

A-3-24-2014 trial tr    Qty 4      42.00

BW 1S on 24# Wht      280 @    0.1500 T
  000330 Reg. Price      0.15

    Price per piece      10.50
    Regular Total        42.00
    Discounts             0.00

B-3-24-2014 trial tr    Qty 4      71.40

BW 1S on 24# Wht      476 @    0.1500 T
  000330 Reg. Price      0.15

    Price per piece      17.85
    Regular Total        71.40
    Discounts             0.00

C-3-24-2014 trial tr    Qty 4      67.80

BW 1S on 24# Wht      452 @    0.1500 T
  000330 Reg. Price      0.15

    Price per piece      16.95
    Regular Total        67.80
    Discounts             0.00

D-3-24-2014 trial tr    Qty 4      21.00

BW 1S on 24# Wht      140 @    0.1500 T
  000330 Reg. Price      0.15

    Price per piece       5.25
    Regular Total        21.00
    Discounts             0.00

E-3-24-2014 trial tr    Qty 4      63.36

BW 1S on 24# Wht      528 @    0.1200 T
  000330 Reg. Price      0.15

    Price per piece      15.84
    Regular Total        79.20
    Discounts            15.84

F-3-24-2014 trial tr    Qty 4      22.20

BW 1S on 24# Wht      148 @    0.1500 T
  000330 Reg. Price      0.15

    Price per piece       5.55
    Regular Total        22.20
    Discounts             0.00

G-3-24-2014 trial tr    Qty 4      24.60

BW 1S on 24# Wht      164 @    0.1500 T
  000330 Reg. Price      0.15

    Price per piece       6.15
    Regular Total        24.60
    Discounts             0.00

drilling                Qty 4      23.13

Drill Per Sheet       2188 @    0.0100 T
  000371 Reg. Price      0.01
Drilling Setup           1 @    1.2500 T
  000372 Reg. Price      1.25

    Price per piece       5.78
    Regular Total        23.13
    Discounts             0.00

Binder Clips 1.25 in     4 @    1.9900 T
  006585 Reg. Price      1.99
Binder Clips Sm 12Pk     1 @    1.9900 T
  007192 Reg. Price      1.99

    Regular Total         9.95
    Discounts             0.00

    Total                 9.95

Sub-Total                           345.44
Tax                                  30.66
Deposit                               0.00

Total                               376.10

MasterCard (M)                      376.10
    Account:  4669
    Auth: 04509J (A)

    Total Tender                    376.10



**FedEx Office.**

Address:          105 DUANE ST
                  NEW YORK
                  NY 10007
Location:         FIDKK
Device ID:        -BTCO1
Transaction:      850116231481

FedEx Express Saver
780848321639  52.0 LB  (S)        188.34 ①
    Declared Value   0.00

Fragile- Large, 24x24x24
790363010975       1  (T)         $25.99 ②

      Shipment subtotal:         $188.34
  Merchandise taxable subtotal:   $25.99
     Tax(County2): 0.375%          $0.10
        Tax(State): 4.000%         $1.04
         Tax(City): 4.500%         $1.17

  # 28.30 ─── ③
          Total Due:             $216.64

      (S) CreditCard:            $216.64
      ************4669

Not allowable
$0

W = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply.  See
fedex.com/us/service-guide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
    1.800.463.3339

June 19, 2015 11:52:26 AM

---

**FedEx Office.**

Address:          105 DUANE ST
                  NEW YORK
                  NY 10007
Location:         FIDKK
Device ID:        -BTCO1
Transaction:      850116232207

FedEx Ground
780848414099   8.6 LB  (S)         17.38
    Declared Value   300

        Shipment subtotal:        $17.38

            Total Due:            $17.38

        (S) CreditCard:           $17.38
        ************4669

W = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply.  See
fedex.com/us/service-guide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
    1.800.463.3339

June 19, 2015 12:02:47 PM

---

********* WE LISTEN *********
Tell us how we're doing
& receive a ____ on your next order!
   fedex.com         800-398-0242
   Redempt

*** Thank you ***





June 14, 2015 12:15                          Page: 1
Receipt #: 0231810410
MasterCard #: XXXXXXXXXXX4669
Reference : <PO not entered>
2015/06/14 12:07

| Qty | Description | Amount |
|-----|-------------|--------|
| 30  | PNG B&W S/S 8.5x11 & 8.5x14 | 3.90 |

|     | SubTotal | 3.90 |
|     | Taxes    | 0.35 |
|     | Total    | 4.25 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

105 Duane St
New York,NY 10007
212-406-1220
www.FedExOffice.com

Tell us how we're doing and receive
20% off your next $35 print order
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/2015

Please Recycle This Receipt

FedEx Office
105 Duane St
New York, NY 10007-3601
(212) 406-1220
Order Date: 06/13/2015          Branch: 0231
Order Time: 01:35:09            Register: 04
Pickup Date: 06/13/2015
Pickup Time: 20:00
Team Member: Ovidio M.

*For WHAT Disallowed*

PICK UP ORDER

0231025MR1

Customer: Bonnie Wolf

Total Order                      160.05
Total Paid Online                160.05

Sub-Total                          0.00
Balance Due                        0.00

PICK UP ORDER

0231025MR1

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy

*Allowed $4.25*