## Witness Fees

ALLOWABLE
HOTEL 267.00 Per Diem
1 NIGHT For 3/24/16

| Date | Description | Cost |
|------|-------------|------|
| 3/31/2014 | Reimbursement to Daniel Liu to appear as witness 03/15/2014 to 03/29/2014. (Airfare - $776.00, Hotel - $603.93, Taxi - $217.41). | 209.92 $1,597.34 |
| 3/31/2014 | Reimbursement to Brian Marcus, Esq. to appear as witness 03/25/2014. (Airfare - $721, Hotel - $624.34, Airport parking - $112, Taxi - $65, Subway - $7.50). | $1,529.84 |

1,252.92
allowable 2 nights flew in night
before and left next day
$534.00 Allowable (267.00 per Diem

$1439.50

Total costs for witnesses   $3,127.18

2,692.42
÷ 2
1346.21

## Chi Dien Mai

| | |
|---|---|
| From: | Kanako Suzuki [ksuzuki@iplg.com] |
| Sent: | Monday, April 07, 2014 9:36 AM |
| To: | chi@iplg.com |
| Subject: | FW: eTicket Itinerary and Receipt for Confirmation FQM9LV |

**From:** United Airlines, Inc. [mailto:unitedairlines@united.com]
**Sent:** Friday, March 21, 2014 6:16 PM
**To:** OLEE@IPLG.COM
**Subject:** eTicket Itinerary and Receipt for Confirmation FQM9LV

Confirmation:
FQM9LV
Check-In >

Issue Date: March 22, 2014

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| LIU/DANIELMR | 0162401753611 | | 26E/--- |

FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 24MAR14 | UA1227 | Q | PHOENIX, AZ (PHX) 4:18 PM | NEWARK, NJ (EWR - LIBERTY) 11:49 PM | 737-800 | Purchase |
| Wed, 26MAR14 | UA582 | Q | NEWARK, NJ (EWR - LIBERTY) 7:25 AM | PHOENIX, AZ (PHX) 9:53 AM | 757-200 | Purchase |

FARE INFORMATION

| | | Form of Payment: |
|---|---|---|
| Fare Breakdown | | |
| Airfare: | 701.40USD | VISA |
| U.S. Federal Transportation Tax: | 52.60 | Last Four Digits 1989 |
| U.S. Flight Segment Tax: | 8.00 | |
| September 11th Security Fee: | 5.00 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 776.00USD | |
| eTicket Total: | 776.00USD | ALLOWABLE |

The airfare you paid on this itinerary totals: 701.40 USD

The taxes, fees, and surcharges paid total: 74.60 USD

Fare Rules:   Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

Baggage allowance thanges for this itinerary.

Sheraton Tribeca New York Hotel
370 Canal Street
New York, NY 10013
212-966-3400
http://www.starwoodhotels.com/sherato
n/index.html



**Sheraton**
HOTELS & RESORTS

| | | | | | |
|---|---|---|---|---|---|
| Lee, Otto | Page Number | 1 | Invoice Nbr | 1000064800 | |
| 12 S 1st St Ste 1205 | Guest Number | 294579 | Arrive Date | 03-24-2014 02:31 | |
| San Jose, CA 95113-2427 | Folio ID | A | Depart Date | 03-26-2014 | |
| | No. Of Guest | 1 | | | |
| | Room Number | 1915 | | | |
| | Time | 03-26-2014 03:00 | | | |

Information Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 03-24-2014 | DEPOSIT | Deposit Applied | | $-603.93 |
| 03-24-2014 | RT1915 | Room Charge | $260.10 | |
| 03-24-2014 | RT1915 | Room Sales Tax | $23.08 | |
| 03-24-2014 | RT1915 | City/Local Tax | $15.28 | |
| 03-24-2014 | RT1915 | Occupancy/Tourism | $2.00 | |
| 03-24-2014 | RT1915 | NYS Javits Ctr Tax | $1.50 | |
| 03-25-2014 | RT1915 | Room Charge | $260.10 | |
| 03-25-2014 | RT1915 | Room Sales Tax | $23.08 | |
| 03-25-2014 | RT1915 | City/Local Tax | $15.28 | |
| 03-25-2014 | RT1915 | Occupancy/Tourism | $2.00 | |
| 03-25-2014 | RT1915 | NYS Javits Ctr Tax | $1.50 | |
| | | ** Total | $603.92 | $-603.93 |
| | | ** Balance | $-0.01 | |

        For your convenience, we have prepared this zero-balance folio
indicating a $0 balance on your account. Please be advised that any
charges not reflected on this folio will be charged to the credit card on
file with the hotel.  While this folio reflects a $0 balance, your credit
card may not be charged until after your departure.  You are ultimately
responsible for paying all of your folio charges in full.

_Allowable for diem
$267.00 for
1 night_

                                                    0.00
                                                    0.00
                                                    0.00
                                                    0.00
                                                    0.00

Tell us about your stay. www.sheraton.com/reviews

$17. 4)

```
MED#          5Y71
DRIVER:  5425687
03/26/14 TR 4010
START  END MILES
05:51 06:09 12.7
  MERCHANT COPY
Newark Fare
RATE 3:$    52.50
SURCH: $     0.00
TOLL 1:$     9.00
StSrch:$     0.00
TIP  : $    15.37  7.88  15%
TOTAL: $    76.87

                        $69.38
                        ALLOWABLE

Card Type: MC
XXXXXXXXXXXX3282
AUTH 86086B




X

TO CONTACT TLC
DIAL 3-
```

**Defendants' Itemization of Costs**
**Case No.: 13-CV-2638 (LLS)**

SKY HARBOR AIRPORT PARKING
402 S 40TH ST
PHOENIX  AZ 85034
602-275-5094

Merchant ID: 600502330
Term ID: LNR2

# Sale

MASTERCARD

XXXXXXXXXXXX3282

Entry Method: Swiped

Apprvd: Online    Batch#: 000001

03/26/14                10:23:12

Inv#: 00000008 Appr Code: 96701B

Total        43.94

USD          43.94

# CREDIT RECEIPT

HACK #: 05391437
MED  #:     5K25
03/25/14 09:54-10:08
RATE #: 1
STAND. CITY RATE
Miles R1: 1.49
TRIP #:      5083
FARE  :  $10.00
ST.SUR:   $0.50
TIPS  :   $1.50
Total :  $12.00
MASTER C ***3282
AUTHOR.: 15540B

## Contact TLC DIAL 3-1-1

Allowed $12.00

```
MED#          9M82
DRIVER:  5028613
03/25/14 TR 7201
START  END MILES
17:20 17:23  0.5
 CUSTOMER COPY
REGULAR FARE
RATE 1:$    4.00
SURCH: $    1.00
STSRCH:$    0.50
TIP  : $    1.10
TOTAL: $    6.60


CARD TYPE: MC
XXXXXXXXXXXX3282
AUTH:29637B

    THANKS
 TO CONTACT TLC
   DIAL 3-1-1
```

ALLOWABLE
$6.60

Defendants' Itemization of Costs
Case No.: 13-CV-2638 (LLS)

43



# VIERRA MAGEN MARCUS LLP
*INTELLECTUAL PROPERTY LAW*

Invoice No.:        60472
Invoice Date   03/31/2014

Re:  BAICAO LITIGATION
Our File No.: TBTC04000US0

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 03/25/2014 | BIM | Prepare for and attend trial. | $4,050.00 |
| 03/25/2014 | BIM | Research support for situation where 10 month non-use of mark does not constitute abandonment. | $1,012.50 |
| 03/26/2014 | BIM | Prepare for and attend trial and testify. | $1,800.00 |
| | | Total Professional | $6,862.50 |

DISBURSEMENTS

| | | |
|---|---|---|
| 03/31/2014 | [Disbursement] Travel cost: Flight ($721), Hotel ($624.34), Taxi ($65), Airport parking ($112) & Subway ($7.50). | 1,529.84 |
| | Total Disbursements: | ~~$1,529.84~~ |

534.00

$1,374.50

Total Current Charges:   $8,392.34

$1,374.50
ALLOWABLE

GDS.PS1
Page 2 of 3

Confidential Attorney/Client Communication
and Attorney Work Product Privileged

## VIERRA MAGEN MARCUS LLP

*INTELLECTUAL PROPERTY LAW*

575 Market Street, Suite 3750
San Francisco, CA 94105
415-489-4100

BRIAN
MARCUS

FEDERAL TAX ID 94-3386490

Stan and Shirley Lee
Tibetan Baicao Tea Co.
4711 Mission Street
San Francisco, CA   94112

Date: 3/31/2014

### SUMMARY STATEMENT

| | | |
|---|---|---|
| Current Fees Incurred: | $6,862.50 | |
| Current Disbursements Incurred: | $1,529.84 | |
| Trust Amount Applied: | $0.00 | |
| Net Current Charges: | | $8,392.34 |
| Balance From Last Statement: | $0.00 | |
| Payments Received: | $0.00 | |
| Net Balance Forward from Last Statement: | | $0.00 |
| **Current Balance Due:** | | **$8,392.34** |

INVOICES for each matter are attached.

**Defendants' Itemization of Costs**            **46**
**Case No.: 13-CV-2638 (LLS)**

Record Locator **XRGHYQ** 

## Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 179 | NEW YORK JFK THU 27MAR 10:30 AM | SAN FRANCISCO 2:00 PM | C |
| Brian Marcus   Seat 9J | | Business | FF#: JHB0772 PLT | Lunch |

## Receipt

| Passenger | Ticket # | Fare- USD | Taxes and Carrier- Imposed Fees | Ticket Total |
|---|---|---|---|---|
| Brian Marcus | 0012334439472 | 637.21 | 83.79 | 721.00 |

Brian Marcus - Additional Fare Collection 75.00

| Additional Services | Date | Currency | Amount |
|---|---|---|---|
| AAdvantage ® Award Co-payment | | USD | 75.00 |
| Ticket Change | 26 MAR 14 | USD | 75.00 |
| Exchange, Master Card XXXXXXXXXXXX3855 | | | |

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract. 5. Rules on reconfirmation of reservations, check-in times and refusal to carry. 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting

2

Element New York Times Square West
311 West 39th Street
New York, NY 10018
212-643-0770
http://www.starwood.com



element
BY WESTIN

| Mr. Marcus, Brian | Page Number | 1 | Invoice Nbr | 1000068705 |
| 1525 Beach St | Guest Number | 308058 | Arrive Date | 03-24-2014 23:45 |
| San Francisco, CA 94123-1706 | Folio ID | A | Depart Date | 03-26-2014 08:42 |
| | No. Of Guest | 1 | Agent | MILLIEP |
| | Room Number | 3105 | | |
| | Time | 03-26-2014 08:50 | | |

## Invoice

| Date | Reference | Description | Charges | Credits |
|------|-----------|-------------|---------|---------|
| 03-24-2014 | RT3105 | Room Charge | $269.00 | |
| 03-24-2014 | RT3105 | State Tax | $23.87 | |
| 03-24-2014 | RT3105 | City/Local Tax | $15.80 | |
| 03-24-2014 | RT3105 | Occupancy/Tourism | $2.00 | |
| 03-24-2014 | RT3105 | Javits / Occupancy Tax | $1.50 | |
| 03-25-2014 | RT3105 | Room Charge | $269.00 | |
| 03-25-2014 | RT3105 | State Tax | $23.87 | |
| 03-25-2014 | RT3105 | City/Local Tax | $15.80 | |
| 03-25-2014 | RT3105 | Occupancy/Tourism | $2.00 | |
| 03-25-2014 | RT3105 | Javits / Occupancy Tax | $1.50 | |
| 03-26-2014 | MC | MasterCard / Diners Intl | | $-624.34 |
| | | ** Total | $624.34 | $-624.34 |
| | | ** Balance | $0.00 | |

_(handwritten)_ Per diem  267.00  × 2 Nights  + 534.00 allowable

0.00
0.00
0.00
0.00
0.00

Tell us about your stay. www.elementhotels.com/reviews

Signature_____

Date 07 24 20 12

**OFFICIAL TAXI RECEIPT**

FROM ....... SFIC Airpa

TO ..... 52 R

FARE .... 58 .... TOLL ... 6 ..... TOTAL 66

SIGNATURE ................... # ...............

```
SFO Int'l Airport
Parking Management
P.O. Box 8097
San    Francisco, CA 94128
650-821-7900

Receipt 3877/5063/845  03/27/14 14:17:23
!!!!! Copy !!!!!

 010100 Pay Parking Ticket$   112.00

Entered  '   : 03/24/14 13:53
Paid        : 03/27/14 14:17
Length of stay : 3 Dy 0 Hr 24 Min


   Total Amount    $   112.00

    Credit Master Card$   112.00
..........................................
            Master Card

Card Holder: MARCUS/BRIAN I
Card No.  : XXXX XXXX XXXX 3855
Auth.Amount: $ 112.00
_____
 Signature :
         _____

***********************************
**          Thank you,           **
**   We appreciate your business  **
***********************************
```



ALLOWABLE

$112.00

$ 250



$ 2.50



$ 2.50

ALLOWABLE

$2.50



**Exemplification**

| Date | Description | Cost |
|------|-------------|------|
| 12/31/2013 | Department of State fee for Certified Copies of NY Trademark | $6.00 |
| 1/13/2014 | Abacus Consulting Services fee for certified English Translation of newspaper ad. for trial exhibit | $100.00 |
| 1/14/2013 | Department of State fee for Certified Copies of NY Trademark | $8.50 |
| 6/16/2015 | ABACUS CONSULTING SERVICES (6/16/2015) - Fee for Certified translation, with rush fee. Certified translation from Chinese into English of below document: 43_ATHI Sing Tao Daily ad (Mar 22, 2012).pdf and CX-98_ATHI Ad (ATHI000010).pdf. | $300.00 |

Total cost for exemplification        $414.50

**DAVID W. KLOSS**
**ATTORNEY AT LAW**
69 DELAWARE AVENUE
SUITE 1003
BUFFALO, NY 14202

5945

10-4-220

DATE 12/31/13

PAY TO THE ORDER OF New York Department of State                    $ 6.00

Six Dollars and ___ /100                                      DOLLARS

**M&T Bank**
Hamburg Office

FOR Certified Copies of TM Application and Photos

⑆005945⑆ ⑈022000046⑈ 984406940 2⑆

Allowable

$6.00

# *Abacus*
# *Consulting Services*

401 N. Garfield Ave. #1, Alhambra CA 91801
Tel: (626) 282-9186      Fax: (626) 282-9252
Email: abacustranslation@gmail.com

January 13, 2014

Bonnie Wolf | bonniewolf@iplg.com
Intellectual Property Law Group LLP
Associate Attorney
408-885-8793

Re.:      English Translation

Please see below for the Invoice

**Invoice#:01132014**

| Content | Cost |
|---|---|
| Proofread below documents: | |
| ATHI_2011_ad_to_translate.pdf | $100.00 |
| Total | $100.00 |

To   avoid   late   penalties,   please   make   the   payment   according   to   instructions   at
http://www.certifiedchinesetranslation.com/paypal.html by credit card or make the check payable to "Abacus
Consulting Services" (Federal Tax ID: 46-1843362) and mail it to

Abacus Consulting Services
401 N. Garfield Ave.
Ste 1
Alhambra, CA 91801

**Term: Net 15**
**Thank you!**

**DAVID W. KLOSS**
**ATTORNEY AT LAW**
69 DELAWARE AVENUE
SUITE 1003
BUFFALO, NY 14202

5980

10-4-220

DATE 1/14/11

PAY TO THE ORDER OF NYS Department of State                    $ 8.50

Eight Dollars and 50/100 _____ DOLLARS

**M&T Bank**
Hamburg Office

FOR Certified Copies of Specimen R31968

⑆005980⑆ ⑉022000046⑉ 984406940 2⑆

NOT allowABE
80

# *Abacus*
## *Consulting Services*

401 N. Garfield Ave. #1, Alhambra CA 91801
Tel: (626)282-9186      Fax: (626) 282-9252
Email: abacustranslation@gmail.com

June 16, 2015

*Not allowable*
*80*

Bonnie Wolf | bonniewolf@lplg.com

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, CA 95113
Tel: 408-286-8933

RE.:  Document Translation

Please see below for the Invoice

### Invoice No.: 06162015

| Content | Cost |
|---|---|
| Certified translation from Chinese into English of below document: | |
| 43_ATHI Sing Tao Daily ad (Mar 22, 2012).pdf | |
| CX-98_ATHI Ad (ATHI000010).pdf | $300.00 |
| Total | $300.00 |

To avoid 15% late penalties, please make the payment according to instructions at http://www.certifiedchinesetranslation.com/paypal.html or make the check payable to "Abacus Consulting Services" (Federal Tax ID: 46-1843362) **within 30 days upon receipt** of this invoice and mail it to

INTELLECTUAL PROPERTY LAW GROUP LLP
ATTORNEY/CLIENT TRUST ACCOUNT
PH. 408-286-8933
12 SOUTH FIRST STREET TWELFTH FLOOR
SAN JOSE, CA  95113

WELLS FARGO BANK, N.A.
CALIFORNIA
WELLSFARGO.COM

8669
11-4288-1210

6/17/2015

PAY TO THE
ORDER OF      Abacus Consulting Services                                    $  *300.00

Three Hundred and 00/100**************************************************************************************** DOLLARS

Abacus Consulting Services Inc.
401 N. Garfield Ave, #1
Alhambra, CA 91801                                             VOID AFTER 90 DAYS

MEMO
Defendants Memorandum of Costs   translation from Chin...   55
Case No.: 13-CV-2638(LLS)

## Interpretation

| Date | Description | Cost |
|------|-------------|------|
| 3/22/2014 | Fee for Cynthia Sa: Court Interpretation - Cantonese◇ English. (check # 1161) | $2,325.00 |
| 3/24/2014 | Cantonese Interpreter for Chinese (T-HK) into English | $1,300.00 |
| 3/26/2014 | Fee for Echo Lim Sin Jin: Court Interpretation - Cantonese◇ English. (check # 1213) | $900.00 |
| 3/27/2014 | Fee for Cynthia Sa: Court Interpretation - Cantonese◇ English. (check # 1162) | $2,400.00 |
| 3/27/2014 | Fee for Cynthia Sa: Court Interpretation - Cantonese◇ English. (check # 1163) | $2,400.00 |
| 8/25/2014 | Abacus Consulting Services fees for English Translation re documents: Ng Requests_ATHI.docx. | $100.00 |
| 6/17/2015 | Fee for Echo Lim Sin Jin: Court Interpretation - Cantonese◇ English. | $2,700.00 |
| 6/25/2015 | TransPerfect Translations International Inc. Fee for Cantonese Interpretation. | $850.00 |

**Total cost for interpretation**   $12,975.00

*[Handwritten annotations:]*
- NO PARTY TO ACTION CAN GET WITNESS FEES, THEREFORE INTERPRETATION COSTS NOT ALLOWABLE.
- $0 WITHDRAW THAT DOC
- $1,300.00 ALLOWABLE
- $900.00 ALLOWABLE
- $0 AGREE W/ OBJECTION
- $0 AGREE W/ OBJECTION
- $0 NOT ALLOWABLE
- $0 AGREE W/ OBJECTIONS
- $0 AGREE W/ OBJECTION
- $2,200.00 ÷ 2
- $1,100.00

1161

307162 48062
3222

AMERICAN TIBETAN
HEALTH INSTITUTE INC.

3-22-2014
date

Pay to the Order of  Cynthia Sa

$ 2325⁰⁰

Two Thousand Three Hundred + Twenty Five Only  dollars

CHASE ◯
JPMorgan Chase Bank, N.A.
www.Chase.com
Wed 450/Fri 1240
for Sat 675

⑇322271627⑇  84553607⑇·1161

NO ALLOWABGS

80

ALCOURABLE

$1,300.00



# TRANSPERFECT

**Bill To:**

Intellectual Property Law Group LLP
Attn: Otto Lee
12 South First Street
12th Floor
San Jose, California 95113
USA

**Requested By:**

Otto Lee
Intellectual Property Law Group LLP
12 South First Street
12th Floor
San Jose, California 95113
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 622014 | **Sales Contact:** | Max Weisman |
| | | | (mweisman@transperfect.com) |
| **Invoice Date:** | 03/26/2014 | | |
| **Invoice Due:** | 04/25/2014 | **Payment Terms:** | Net 30 |
| **Contract #:** | tpt555726 | **Purchase Order #:** | |

**Project Notes:**

Cantonese Interpreter
March 24, 2014

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Chinese (T-HK) into English | | | | |
| Interpretation | 1.00 | Day | 1,300.00 | 1,300.00 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 1,300.00 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$ 1,300.00 |

| PAYMENT INSTRUCTIONS | |
|---|---|
| **Please remit payment to:** | **Wire Transfer Details:** |
| TransPerfect Translations International Inc. | Citibank, N.A. |
| Attn.: Accounts Receivable | A/C #: 06541211 |
| Three Park Avenue, 39th Floor | ABA Routing #: 021000089 |
| New York, NY 10016 | SWIFT CODE: CITIUS33 |
| | Tax ID #: 13-3686771 |

**Please reference the Contract # tpt555726 and Invoice # 622014 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

**Defendants' Itemization of Costs**          **58**
**Case No.: 13-CV-2638 (LLS)**

*Allowable*
*$8,900.00*

**Invoice**

**To : OTTO O. Lee**
Old Bank Of America Building
12 South First Street, Twelfth Floor
San Jose, California 95113

From: **Echo Lim Sin Jin**
28 Sheffield, North Brunswick,

08902 NJ,USA

+17323319395   +17326581213

echolimsinjin@yahoo.co.uk

**Date: 03/26/2014**

| | | |
|---|---|---|
| Court Interpretation - Tibetan Bai Cao Tea Intellectual Property Law Group - Cantonese <> English<br><br>Location :<br>500 pearl st.<br>Southern District NY Federal Court<br>Court room 21c<br>New York, NY<br><br>Rate : $900.00 | | $900.00 |
| **Total Due** | | **900.00 USD** |

**Please send a US check payee to, within 7 working days.**

| |
|---|
| **Sin Jin, Lim**<br>28, Sheffield Court, North Brunswick, NJ 08902 |

**Thanks so much**

**Regards,**

**Echo Lim**
**Via e-mail**



NOT ALLOWABLE

8

**AMERICAN TIBETAN**
**HEALTH INSTITUTE INC.**

907162 48062
3222

1163

Pay to the order of _Cynthia Sa_ $ 24000/100

_Two Thousand Four hundred only_ dollars

Date 3/27/14

Security Features
Included.
Details on Back.

MP

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

For _West Thur translatn_

⑈322271622⑈  8455360277⑈1163

Defendants' Itemization of Costs
Case No.: 13-CV-2638 (LLS)

*Abacus*
*Consulting Services*

401 N. Garfield Ave. #1, Alhambra CA 91801
Tel: (626) 282-9186      Fax: (626) 282-9252
Email: abacustranslation@gmail.com

August 25, 2014

Bonnie Wolf I bonniewolf@iplg.com
Intellectual Property Law Group LLP
Associate Attorney
408-885-8793

Re.:      Document Translation

Please see below for the Invoice

**Invoice#:02072014**

| Content | Cost |
|---|---|
| Translated below documents: **Ng Requests_ATHI.docx** | $100.00 |
| Total | $100.00 |

To avoid 15% late penalties, please make the payment according to instructions at
http://www.certifiedchinesetranslation.com/paypal.html by credit card or make the check payable to "Abacus
Consulting Services" (Federal Tax ID: 46-1843362) and mail it to

Abacus Consulting Services
401 N. Garfield Ave.
Ste 1
Alhambra, CA 91801

**Term: Net 30**
**Thank you!**



NOT BELOW ABLE



## TRANSPERFECT

**Bill To:**
Intellectual Property Law Group LLP
Attn: Otto Lee
12 South First Street
12th Floor
San Jose, California 95113
USA

**Requested By:**
Otto Lee
Intellectual Property Law Group LLP
12 South First Street
12th Floor
San Jose, California 95113
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 796464 | **Sales Contact:** | Michael Reiter (mreiter@transperfect.com) |
| **Invoice Date:** | 06/25/2015 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 07/25/2015 | | |
| **Contract #:** | tpt720810 | **Purchase Order #:** | |

**Project Notes:**
Cantonese Interpreter

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Cantonese - Interpretation into** Interpretation | 5.00 | Hours | 170.00 | 850.00 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$850.00 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$850.00 |

| PAYMENT INSTRUCTIONS |
|---|
| **Direct Bank Transfer** |

**Please remit payment to:**
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

**Wire Transfer Details:**
Citibank, N.A.
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE: CITIUS33
Tax ID #: 13-3686771

**Please reference the Contract # tpt720810 and Invoice # 796464 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

Defendants' Itemization of Costs          '64
Case No.: 13-CV-2638 (LLS)

## Other -Deposition Costs

| Date | Description | Cost |
|------|-------------|------|
| 3/18/2014 | Transperfect Legal Solutions fees: Deposition of Shirley Lee (New York, NY) for Certified Copy, Delivery, DVD/MPEG-1 | $622.50 |
| 3/18/2014 | Transperfect Legal Solutions fees: Deposition of Shirley Lee (New York, NY) for Rough ASCI transcript | $144.00 |
| 3/22/2014 | Transperfect Legal Solutions fees: Deposition of Kam Ng (New York, NY) for Court Reporter Appearance, Original Transcript, Rough ASCII transcript, Rush Premium, Videographer: Set up, Hourly, Files and Delivery | $1,636.50 |
| 11/20/2014 | Translator Fees for Cynthia Sa for 9 Hours of Deposition on 11/20/2014. | $1,350.00 |
| 11/20/2014 | Alderson Reporting Company, Inc. Fees for Certified Copy of Transcript of (Job Date 11/20/2014): $633.60 - Sammy Chow 30(b)(6) - ATTORNEYS' EYES ONLY (132 Pages @ $4.80). $33.95 - Exhibit (97 Pages @ $0.35). $100.00 - Appearance Fee (1 Day). $198.00 - Draft Transcript (ASCII) - (132 Pages @ $1.50). $374.40 - Interpreter Surcharge (78 Pages @ $4.80). $55.00 - Processing Fee | $1,394.95 |

Handwritten annotations:
- $381.50 Allowable
- $0 Not Allowable
- $335.75 Allowable
- $1,350.00 Allowable
- As on Receipt for Attorney's Eyes Only, these are Not Allowable

Costs for depositions and deposition
transcripts recoverable under Local
Civil Rule 54.1(c)(2)   $5,147.95

Handwritten:
2,067.25
÷ 2
$1,033.63
Allowable



# TRANSPERFECT
## LEGAL SOLUTIONS

**Bill To:**

Intellectual Property Law Group LLP
Attn: Otto Lee
12 South First Street
12th Floor
San Jose, California 95113
USA

**Requested By:**

Otto Lee
Intellectual Property Law Group LLP
12 South First Street
12th Floor
San Jose, California 95113
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 624695 | **Sales Contact:** | Max Weisman (mweisman@transperfect.com) |
| **Invoice Date:** | 03/31/2014 | | |
| **Invoice Due:** | 04/30/2014 | **Payment Terms:** | Net 30 |
| **Contract #:** | tpt558451 | **Purchase Order #:** | |

**Project Notes:**

In the matter of C&L International Trading, Inc vs. American Tibetan Health Institute, Inc.
Deposition of Shirley Lee, taken on 3/18/2014 (New York, NY)
RB11438

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Deposition Services | | | | |
| Certified Copy | 109.00 | Page | 3.50 | 381.50 |
| Delivery | 1.00 | Each | 21.00 | 21.00 |
| DVD/MPEG-1 | 4.00 | Each | 55.00 | 220.00 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 622.50 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$ 622.50 |

*Allowable*   *$ 381.50*

| **PAYMENT INSTRUCTIONS** | |
|---|---|
| **Please remit payment to:** | **Wire Transfer Details:** |
| TransPerfect Translations International Inc. | Citibank, N.A. |
| Attn.: Accounts Receivable | A/C #: 06541211 |
| Three Park Avenue, 39th Floor | ABA Routing #: 021000089 |
| New York, NY 10016 | SWIFT CODE: CITIUS33 |
| | Tax ID #: 13-3686771 |

**Please reference the Contract # tpt558451 and Invoice # 624695 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1069 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1/1



# TRANSPERFECT
## LEGAL SOLUTIONS

**Bill To:**

Intellectual Property Law Group LLP
Attn: Otto Lee
12 South First Street
12th Floor
San Jose, California 95113
USA

**Requested By:**

Otto Lee
Intellectual Property Law Group LLP
12 South First Street
12th Floor
San Jose, California 95113
USA

| | | | |
|---|---|---|---|
| Invoice #: | 622069 | Sales Contact: | Max Weisman (mweisman@transperfect.com) |
| Invoice Date: | 03/26/2014 | | |
| Invoice Due: | 04/25/2014 | Payment Terms: | Net 30 |
| Contract #: | tpt556566 | Purchase Order #: | |

**Project Notes:**

In the matter of C&L International Trading, Inc vs. American Tibetan Health Institute, Inc
Video Deposition of Shirley Lee, taken 3/18/2014 (New York, NY)
RB 11438

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Deposition Services | | | | |
| Rough ASCII | 96.00 | Page | 1.50 | 144.00 |

| | |
|---|---|
| Total to Bill this Contract: | US$ 144.00 |
| Tax Amount: | US$0.00 |
| Total Amount Due: | US$ 144.00 |

*80 NOT ALLOWABLE*

---

### PAYMENT INSTRUCTIONS

**Please remit payment to:**
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

**Wire Transfer Details:**
Citibank, N.A.
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE: CITIUS33
Tax ID #: 13-3686771

**Please reference the Contract # tpt556566 and Invoice # 622069 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 / 1



**TRANSPERFECT**
LEGAL SOLUTIONS

#1,636.50

**Bill To:**

Intellectual Property Law Group LLP
Attn: Otto Lee
12 South First Street
12th Floor
San Jose, California 95113
USA

**Requested By:**

Otto Lee
Intellectual Property Law Group LLP
12 South First Street
12th Floor
San Jose, California 95113
USA

| | | | |
|---|---|---|---|
| Invoice #: | 622576 | Sales Contact: | Max Weisman (mweisman@transperfect.com) |
| Invoice Date: | 03/27/2014 | | |
| Invoice Due: | 04/26/2014 | Payment Terms: | Net 30 |
| Contract #: | tpt557375 | Purchase Order #: | |

**Project Notes:**

In the matter of the American Tibetan Health Institute, Inc vs. Kam Ng
Video Deposition of Kam Ng, taken 3/22/2014 (New York, NY)
RB 11569

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| **Deposition Services** | | | | |
| Court Reporter Appearance Fee | 1.00 | Each | 45.00 | 45.00 |
| Original Transcript | 79.00 | Page | 4.25 | 335.75 |
| Rough ASCII | 68.00 | Page | 1.50 | 102.00 |
| Rush Premium | 79.00 | Page | 2.25 | 177.75 |
| **Videographer Setup** | | | | |
| Videographer | 1.00 | Each | 295.00 | 295.00 |
| **Videographer Hourly** | | | | |
| Videographer | 3.00 | Each | 95.00 | 285.00 |
| **Video Files** | | | | |
| DVD Synchronization | 3.00 | Each | 95.00 | 285.00 |
| DVD/MPEG-1 | 3.00 | Each | 30.00 | 90.00 |
| Synchronization Discount | | | | |
| **Handling & Delivery** | | | | |
| Delivery | 1.00 | Fee | 21.00 | 21.00 |

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 / 2

**Defendants' Itemization of Costs**            68
**Case No.: 13-CV-2638 (LLS)**

| Total to Bill this Contract: | US$ 1,636.50 |
|---|---|
| Tax Amount: | US$0.00 |
| Total Amount Due: | US$ 1,636.50 |

*ALLOWABLE*

*$335.75*

---

**PAYMENT INSTRUCTIONS**

| Please remit payment to: | Wire Transfer Details: |
|---|---|
| TransPerfect Translations International Inc. | Citibank, N.A. |
| Attn.: Accounts Receivable | A/C #: 06541211 |
| Three Park Avenue, 39th Floor | ABA Routing #: 021000089 |
| New York, NY 10016 | SWIFT CODE: CITIUS33 |
| | Tax ID #: 13-3686771 |

**Please reference the Contract # tpt557375 and Invoice # 622576 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

**Defendants' Itemization of Costs**      **69**
**Case No.: 13-CV-2638 (LLS)**

**INTELLECTUAL PROPERTY LAW GROUP LLP**
ATTORNEY/CLIENT TRUST ACCOUNT
PH. 408-286-8933
12 SOUTH FIRST STREET TWELFTH FLOOR
SAN JOSE, CA 95113

**WELLS FARGO BANK, N.A.**
CALIFORNIA
WELLSFARGO.COM

8549

11-4268-1210

11/20/2014

PAY TO THE
ORDER OF   Cynthia Sa

$ **1,350.00**

One Thousand Three Hundred Fifty and 00/100************************************************************************** DOLLARS

Cynthia Sa
220 Park Avenue South #6A
New York, NY 10003

VOID AFTER 90 DAYS

MEMO
Translators Fee for ATHI.LT1 (9 Hours)

⑆008549⑆ ⑆121042882⑆ 2001117930⑈

---

INTELLECTUAL PROPERTY LAW GROUP LLP

Cynthia Sa                                        11/20/2014            8549
                Unearned Revenue: Translators Fee for ATHI.LT1 (9 Hours)        1,350.00

Wells Fargo Bank -Trust    Translators Fee for ATHI.LT1 (9 Hours)                    1,350.00

INTELLECTUAL PROPERTY LAW GROUP LLP

Cynthia Sa                                        11/20/2014            8549
                Unearned Revenue: Translators Fee for ATHI.LT1 (9 Hours)        1,350.00

Wells Fargo Bank -Trust    Translators Fee for ATHI.LT1 (9 Hours)                    1,350.00

© CHECKS UNLIMITED®  •  EXECUTIVE GRAY • TO REORDER: (800)-667-2439  •  www.ChecksUnlimited.com    



**INTELLECTUAL
PROPERTY
LAW GROUP LLP**
• PATENT • TRADEMARK • COPYRIGHT •
® San Diego  Los Angeles  Washington D.C.

Old Bank of America Building
12 South 1st Street, 12th Floor
San Jose, California 95113

Tel: 408. 286. 8933
Fax: 408. 286. 8932
Url: www.iplg.com

**INVOICE**

November 21, 2014

American Tibetan Health Institute Inc.
Attn: Shirley Lee
100 Old County Road, Suite 102 A
Brisbane, CA 94005

Invoice #      19054

In Reference To:   IPLG Ref.: ATHI.LT1

Itemized Statement of Charges for Services

Additional Charges :

| | Amount |
|---|---|
| 11/20/2014 Translator Fees for Cynthia Sa for 9 Hours of Deposition on 11/20/2014. | 1,350.00 |
| **Total charges** | **$1,350.00** |

**Terms: Due by upon receipt.**
Please make check payable to:  Intellectual Property Law Group LLP
Wiring Instructions
Bank Name: Wells Fargo Bank, N.A.        Bank Address: 60 South Market St. San Jose CA 95113
Bank Routing No.: 121000248      Account No.: 2001117930      Swift Code: SWIFT BIC WFBIUS6S

**THANK YOU.**

**IT'S BEEN OUR PLEASURE SERVING YOU!**

ALLOWABLE
$1,350.00



*TRUST*

# INVOICE

Alderson Reporting Company, Inc.
521 5th Ave, Suite 400
New York, NY 10165
Phone:1-800-FOR-DEPO (367-3376)
Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 75861 | 12/8/2014 | 54419 |

| Job Date | Case No. | |
|---|---|---|
| 11/20/2014 | 13-CV-2763 | |

| Case Name | | |
|---|---|---|
| American Tibetan Health Institute, Inc. v. Kam NG, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt (1.5%/mo & collection) | | |

Otto Lee, Esq.
Intellectual Property Law Group, LLP
12 South First St., 12th Floor
San Jose, CA 95113

*ATHI, LTI    chase United ****1989*
*(TIS - Nov '14)*

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF : | | | | |
| Sammy Chow 30(b)(6) - ATTORNEYS' EYES ONLY | 132.00 Pages | @ | 4.80 | 633.60 |
| Exhibit | 97.00 Pages | @ | 0.35 | 33.95 |
| Appearance Fee | 1.00 Day | @ | 100.00 | 100.00 |
| Draft Transcript (ASCII) | 132.00 Pages | @ | 1.50 | 198.00 |
| Interpreter Surcharge | 78.00 Pages | @ | 4.80 | 374.40 |
| Processing Fee | 1.00 | @ | 55.00 | 55.00 |

*NOT allowed but for the above person*

*if it was allowed*

**TOTAL DUE >>>    $1,394.95**

Proudly covering court reporting needs around the globe since 1938.
We appreciate your business.

*it would only have been...*

**PAID IN FULL**
**INTELLECTUAL PROPERTY**
DEC 3 0 2014
*Phone*
**LAW GROUP**

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance | 1,394.95 |

**Tax ID:** 53-0257990

*Please detach bottom portion and return with payment.*

Otto Lee, Esq.
Intellectual Property Law Group, LLP
12 South First St., 12th Floor
San Jose, CA 95113



| | | | |
|---|---|---|---|
| Job No. | : 54419 | BU ID | : NY-Local |
| Case No. | : 13-CV-2763 | | |
| Case Name | : American Tibetan Health Institute, Inc. v. Kam NG, et al. | | |
| Invoice No. | : 75861 | Invoice Date | : 12/8/2014 |
| **Total Due** | **: $ 1,394.95** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  [  ]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: 

Remit To:  **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
Defendants' Itemization of Costs    72
Washington, DC 20036
Case 1:13-cv-02638 (LLS)

**Chi Dien Mai**

| | |
|---|---|
| **Subject:** | Alderson Reporting Customer Receipt/Purchase Confirmation |
| **Importance:** | High |

**From:** Tony Canipe [mailto:tony.canipe@aldersonreporting.com]
**Sent:** Tuesday, December 30, 2014 1:33 PM
**To:** Otto Lee
**Subject:** Alderson Reporting Customer Receipt/Purchase Confirmation

Thank you for your business.

## Thank you for your order!

Order Information

Merchant:        Alderson Reporting

Invoice Number:  75861

| Billing Information | Shipping Information |
|---|---|
| Otto Lee | |
| San Jose, CA 95113 | |
| olee@iplg.com | |

                                        **Total:  US $1394.95**

Visa

Date/Time:           30-Dec-2014 16:33:12 EST
Transaction ID:      6797718888

Please contact us at 202.289.2260 if you have any questions about this payment.

**Defendants' Itemization of Costs**                73
**Case No.: 13-CV-2638 (LLS)**